UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
DIVISION

Christopher C. Mueller

(Enter full name of plaintiff(s))

Plaintiff(s),

v.

Officer Ms. Mack, Officer Mr. Stout
Sgt. French, Superintendent Zach Ackley
Dr. Beamer, Health Services TLC Committee members John Doe Jane Doe

(Enter full name of ALL defendant(s))

Defendant(s).

Civil Case No. 3:22-CV-00785-MK
(to be assigned by Clerk of the Court)

PRISONER CIVIL RIGHTS
COMPLAINT – Amended

I.

A. Have you brought any other action or appeal in a court of the United States while a prisoner?

   Yes ☒    No ☐

B. If your answer to A is yes, how many? __1__. Describe the lawsuit(s) in the space below. *(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)*

   1. Parties to the previous lawsuit:

      Plaintiff(s): Christopher C. Mueller

Defendant(s): Zach Ackley ; Mr. Ybarra, Ms. Carter

2. Court: U.S. District Court of Oregon
3. Docket Number: 3:22-cv-00253-MK
4. Name of judge to whom case was assigned: Mustafa T. Kasubhai
5. Disposition (Was the case dismissed? Was it appealed? Is it still pending?) Dismissed because amended complaint was not filed by deadline
6. Approximate date of filing: 2/16/22
7. Approximate date of disposition: 7/26/2022

## II.

A. Place of confinement: Deer Ridge Correctional Institution

B. Is there a prisoner grievance procedure in this institution?

   Yes ☒    No ☐

C. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒    No ☐

   If your answer is no, explain why not:

D. Is the grievance process completed?

   Yes ☒    No ☐

## III. PARTIES

*(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)*

A. Name of plaintiff: **Christopher C. Mueller**
Security Identification No.: **22475590**
Address: **DRCI - 3920 East Ashwood Road, Madras, OR 97741**

*(In item B, place the full name of each defendant, his/her official position, and his/her place of employment.)*

B. Defendant **Ms. Mack** is employed as **Corrections Officer** at **DRCI**

Defendant **Mr. Stout** is employed as **Corrections Officer** at **DRCI**

Defendant **Mr. French** is employed as **Sgt. or Lt (recently promoted)** at **DRCI**

Defendant **Zach Ackley** is employed as **Acting Superintendent** at **DRCI**

Defendant **Dr. Beamer** is employed as **Doctor** at **DRCI**

Additional defendants: **DRCI Health Services TLC Committee members John Doe & Jane Doe**

## IV. STATEMENT OF CLAIM

### Claim I

State what right under the Constitution, laws, or treaties of the United States has been violated.

Eighth Amendment

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

- Upon my arrival at DRCI I was assigned to a top bunk bunkbed.
- Because I take prescription meds that cause drowsiness, dizziness, lightheadedness, disorientation, etc. I felt extremely unsafe navigating the ladder and residing on the top bunk.
- I immediately explained my concerns, medical situation, and physical limitations to Officer Mack and requested she move me to a lower bunk immediately. Mack refused to move me. Mack also refused to contact health services on my behalf to discuss/seek assistance.
- Next I explained my concerns, medical situation, and physical limitations to Officer Stout and requested he move me to a lower bunk immediately. Stout refused to move me. Stout also refused to contact health services and told me I'd get disciplinary action if I persisted.
- Next I spoke with Sgt. French, I explained my medical situation, concerns, physical limitations and my previous denials by Mack and Stout. French refused to move me and also threatened disciplinary action if I persisted. I sent a Kyte to health services requesting help but never received a response. I sent a Kyte and letter to Superintendent Ackley but never received a response.

### Claim II

State what right under the Constitution, laws, or treaties of the United States has been violated.

Eighth Amendment

CIVIL RIGHTS COMPLAINT
Revised: April 24, 2008

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

- Approx. one week after my arrival at DRCI I fell from the ladder from the top bunk and in doing so caused serious injury to my right knee - torn meniscus. This accident would not have occurred if Officer Mack, Officer Stout, Sgt. French, or Superintendent Ackley had acted upon my requests/pleas to be moved to a lower bunk. Their deliberate indifference to my medical situation and concerns resulted in the knee injury I sustained.

- Approx. three months after the injury occurred and submission of numerous medical requests for treatment I was scheduled to be examined by an Orthopedic Surgeon. Dr. Brett Gingold at St. Charles, Bend diagnosed my knee injury as a torn meniscus and ordered surgery to repair to take place immediately. For the next six months despite numerous medical requests, and grievances Dr. Beamer refused to allow the surgery to take place. In addition the Health Services "TLC Committee" members John/Jane Doe also refused to allow the surgery/follow Dr. Gingold's orders, or take action on my requests for help due to extreme pain & loss of use of knee.

Claim III

State what right under the Constitution, laws, or treaties of the United States has been violated.

Eighth Amendment.

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

- Because surgery was denied for so long the knee injury worsened, became more complicated, and arthritus set in. After six months of extreme pain and limited mobility/difficulty walking the knee was extremely weak and unstable. As a result I sustained another injury to the same knee when it gave out and I fell on ice and gravel on 12/26/21. Despite the new additional injury & pain Dr. Beamer refused to see me or treat me. No one in medical would even allow me to be seen at all. All kytes and requests for assistance were denied as were my grievances. I was finally allowed surgery March 2, 2022 nearly one year after the initial accident/injury! Dr. Gingold said the surgery should not have been denied & delayed by Dr. Beamer and the DRCI TLC Committee and because it was, additional permanent damage to my right knee was caused/sustained.

_____
_____
_____
_____
_____
_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## V.  RELIEF

*State briefly exactly relief you are seeking. Make no legal arguments. Cite no cases or statutes.*

- Reimbursement of all legal fees and court costs.
- All immediate and future medical treatment for the injured knee and issues stemming from such.
- DBCI/ODOC to take full responsibility for injury, neglect, rights violations and current and future damage and loss.
- Damages awarded if deemed necessary TBD by court/jury.
- Additional relief TBD after consulting medical and legal professionals as well as court & judge.

Signed this __13__ day of __August__, 20__22__

_Christopher C. Mueller_
(Signature of Plaintiff(s))