ELLEN F. ROSENBLUM
Attorney General
KYLEIGH GRAY #203784
Assistant Attorney General
ROBERT SULLIVAN #983539
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: kyleigh.gray@doj.state.or.us
        robert.sullivan@doj.state.or.us

Attorneys for Defendants Ackley, Beamer, French, Mack, Stout

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER C. MUELLER,<br><br>        Plaintiff,<br><br>    v.<br><br>OFFICER MS. MACK, OFFICER MR. STOUT SGT. FRENCH, SUPERINTENDENT ZACH ACKLEY DR. BEAMER, HEALTH SERVICES TLC COMMITTEE MEMBERS JOHN DOE JANE DOE,<br><br>        Defendants. | Case No. 3:22-cv-00785-MK<br><br>DECLARATION OF DR. WARREN ROBERTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

I, Dr. Warren Roberts, declare:

1.    I am a physician licensed to practice medicine in the State of Oregon. I have been

a practicing physician since June 30, 2007, and am Board Certified in neurosurgery. I am

currently employed by the Oregon Department of Corrections ("ODOC") as Medical Director. I

Page 1 -    DECLARATION OF DR. WARREN ROBERTS IN SUPPORT OF DEFENDANT'S
            MOTION FOR SUMMARY JUDGMENT
            KG8/ls8/552127026

am also the acting Chief Medical Officer at the Coffee Creek Correctional Facility ("CCCF"), and I see patients at institutions across the State of Oregon. As Medical Director, all medical providers and physicians are under my supervision. In that capacity, I am one of the custodians of the records of ODOC.

2.    I make this declaration based on a combination of personal and professional knowledge from my education and from practicing medicine, along with reliance upon the attached excerpts of ODOC medical records, all of which are regularly maintained in the ordinary course of business.[1]

3.    Christopher C. Mueller (SID #22475590) is an Adult-in-Custody ("AIC") who was admitted to the custody of ODOC on October 12, 2020, with an earliest release date of June 17, 2024. AIC Mueller is currently housed at Deer Ridge Correctional Institution – Minimum ("DRCM"), outside of Madras, Oregon.

4.    I understand that AIC Mueller has filed a claim under 42 U.S.C. § 1983 for deliberate indifference alleging that Defendants Officer Mack, Officer Stout, Sergeant French, and Superintendent Ackley, denied his requests for a bottom bunk and that his placement on a top bunk led to a serious right knee injury, and that Defendant Dr. Beamer failed to properly treat the knee injury for six months, resulting in additional pain and an additional injury.

5.    Contrary to his allegations, a review of AIC Mueller's ODOC medical records demonstrates that he never made a written request to Health Services for a lower bunk assignment prior to his injury, and that he received appropriate care for the injury to his right knee. AIC Mueller received medically appropriate care; and certainly, did not receive care that was medically unacceptable; nor deliberately indifferent to his medical needs. In fact, a review of his medical records reveals that AIC Mueller was treated appropriately and promptly before

---

[1] *See* Exhibit 1, ODOC Medical Records, attached hereto.

Page 2 -    DECLARATION OF DR. WARREN ROBERTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
KG8/ls8/552127026

and after surgery on his right knee.  The following paragraphs describe the care and treatment that AIC Mueller received for his right knee injuries while in ODOC custody.

## CHRONOLOGY

6.      On April 8, 2021, Plaintiff first reported via health request form ("kyte") that he twisted his right knee when he fell off the ladder to his bunk bed the week before (on April 1, 2021).  There is no indication in his medical records that he had requested a lower bunk prior to sustaining this injury.

7.      On April 9, 2021, Plaintiff saw medical provider, Dr. Beamer, and reported headaches and that his injured right knee was "popping."  Dr. Beamer noted that AIC Mueller's deep tendon flexors looked good, and AIC Mueller displayed good balance and demonstrated no signs of knee instability or knee effusion (fluid on the knee), but that there was "large significant pops" when AIC Mueller squatted.  Dr. Beamer ordered anti-inflammatory drugs to treat Plaintiff's pain and an x-ray on the right knee, and scheduled an appointment to recheck the knee two weeks later.

8.      On April 10, 2021, an x-ray of AIC Mueller's right knee was conducted.  The x-ray demonstrated no acute fracture or significant arthropathy, but probable joint effusion.

9.      On April 21, 2021, AIC Mueller had another appointment with Dr. Beamer.  Dr. Beamer noted that the right knee was still popping, that it gave out, and that AIC Mueller was experiencing anterior (front) and medial (inner aspect) pain and slight swelling.  Dr. Beamer reviewed the x-ray results with AIC Mueller and noted that Plaintiff was in need of an MRI or ortho consult.

10.      On April 27, 2021, the Therapeutic Level of Care Committee ("TLC") approved an MRI for AIC Mueller.

11.      On May 14, 2021, an MRI of AIC Mueller's right knee was completed.  The MRI showed that AIC Mueller suffered a complex tear in his meniscus and that cartilage damage was observed in the knee.

Page 3 -    DECLARATION OF DR. WARREN ROBERTS IN SUPPORT OF DEFENDANT'S
            MOTION FOR SUMMARY JUDGMENT
            KG8/ls8/552127026

12.     On May 24, 2021, TLC approved an orthopedic referral for AIC Mueller.

13.     On June 6, 2021, AIC Mueller saw a medical provider who noted that there was still knee buckling and increased pain.  AIC Mueller was informed that TLC had approved an orthopedic consult.

14.     On July 21, 2021, an orthopedic consultation was completed with an outside provider regarding AIC Mueller's right medical meniscus tear.  The orthopedic consultation recommended an arthroscopy for medial meniscus tear, a bottom bunk recommendation, and rest, ice, compression, and elevation for pain until the arthroscopy can be scheduled.  The records from the orthopedic consultation also noted that AIC Mueller did not have advanced arthritic features, and recommend surgical intervention on the complex medial meniscus tear.

15.     On August 9, 2021, a referral sheet was filled out for an October 4, 2021 pre-operation appointment with the outside provider.  The recommendations on that referral sheet note that the patient – AIC Mueller – would need crutches for five days following surgery.

16.     On October 4, 2021, AIC Mueller had a pre-operation appointment with the outside orthopedic provider prior to his knee surgery.  AIC Mueller was provided with education and counseling regarding the upcoming knee surgery.  The report from that consultation notes that the surgery was scheduled to be performed on October 21, 2021.

17.     On October 14, 2021, a Registered Nurse noted in AIC Mueller's medical records the following: "AIC wants to discuss appts with attorney.  He has future appts with attorney.  He needs to check dates before he can decide to quarantine for outside surgery."

18.     Plaintiff's December 30, 2021, surgery had to be cancelled by the surgery center due to COVID-19.  Kytes to AIC Mueller explaining the situation noted that surgery would be rescheduled as soon as possible, and that AIC Mueller was able to restart anti-inflammatory medications to manage the pain in the meantime.  The communications specifically note that due to COVID-19 interventions, medical was only seeing emergency or urgent patients.

Page 4 -    DECLARATION OF DR. WARREN ROBERTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
KG8/ls8/552127026

19. At some point, Plaintiff slipped on ice and further injured his knee. A January 3, 2022, progress note explains that plaintiff slipped on ice and now has additional knee pain. A right knee evaluation noted no crepitus, no edema, and no warmth, in addition to no laxity, but painful grind.

20. On February 24, 2022, AIC Mueller was rescheduled for surgery.

21. On March 2, 2022, AIC Mueller underwent a successful surgery to repair his meniscus tear. AIC Mueller's consult notes state that there were no complications, and AIC Mueller was provided with discharge instructions following the knee surgery.

22. On the same day as his surgery, upon return to DRCM, AIC Mueller was seen by a registered nurse, was provided a wheelchair and crutches, and was approved to return to his unit.

23. Between March 4, 2022, and March 10, 2022, AIC Mueller was seen daily following surgery. Notes indicate that AIC Mueller was given a Toradol shot for pain, that there were no complications, and that AIC Mueller was recovering well.

24. On March 10, 2022, Plaintiff was given a home exercise plan and care instructions by a physical therapist.

25. On March 11, 2022, AIC Mueller attended a post-operation appointment with the orthopedic surgeon. The appointment notes indicate that AIC Mueller was recovering well and that his incisions were healing. AIC Mueller was provided with further instructions for post-operation care, including that he was approved to begin showering normally, and that he could begin weight bearing activity as tolerated.

26. On March 15, 2022, AIC Mueller had a physical therapy consult and was approved to walk without crutches. The consultation notes indicate that AIC Mueller was making good progress and should continue home exercise plan.

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

27.     Following his operation, AIC Mueller continued to experience knee pain and, in a March 28, 2022, kyte, AIC Mueller requested to see a provider because of ongoing pain.  On March 31, 2022, however, AIC Mueller failed to show up at a scheduled appointment.

28.     On April 5, 2022, AIC Mueller was seen by a nurse at DRCM and explained that his pain was increasing and his knee appeared to be swelling.  AIC Mueller was provided with crutches and instructions to rest, ice, elevate and taken pain medications as needed.  An appointment with a medical provider was also scheduled during this visit.

29.     On April 7, 2022, AIC Mueller saw a nurse practioner who noted that AIC Mueller had a mild limp, and that the right knee showed signs increased swelling.

30.     On May 10, 2022, AIC Mueller went back to the orthopedic surgeon for a consultation regarding his post-operation pain.  The orthopedic surgeon noted that there was no new structural pathology in the knee, and that AIC Mueller's pain was likely caused by underlying chondral changes.  The orthopedic surgeon recommended Meloxicam, physical therapy, and a follow up appointment if the symptoms did not improve within 6-8 weeks.

31.     On May 17, 2022, TLC approved physical therapy for AIC Mueller, and he began physical therapy on May 19, 2022.  In his first physical therapy appointment, AIC Mueller noted that pain was not an issue.

32.     AIC Mueller continued physical therapy and at home exercises over the next several months.  He also continued to experience some pain and swelling in the knee throughout this time, depending on the level of physical activity.

33.     On October 5, 2022, AIC Mueller was seen by a registered nurse at sick call and reported pain while walking.  A provider appointment was scheduled.

34.     On October 6, 2022, AIC Mueller was seen by a nurse practitioner regarding the knee pain and a follow-up appointment with the orthopedic surgeon was scheduled.

35.     On October 28, 2022, AIC Mueller had a follow up appointment with the orthopedic surgeon.  The surgeon noted that the exam was "fairly benign" and that AIC Mueller

Page 6 -     DECLARATION OF DR. WARREN ROBERTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
KG8/ls8/552127026

was likely experiencing pain associated with chondal changes.  The orthopedic surgeon discussed the possibility of a corticosteroid injection, but AIC Mueller declined.  The orthopedic surgeon recommended continuation of strengthening exercises, Meloxicam as needed, and follow up as needed.  The orthopedic surgeon indicated that AIC Mueller will likely need a full knee replacement at some time in the future, but that that would be an overly aggressive step at this stage.

36.    As of February 2023, AIC Mueller continues to report some ongoing pain related to his knee, but continues to be seen regularly by medical providers at DRCM as needed.

### CONCLUSION

37.    AIC Mueller has been evaluated by ODOC providers, outside medical providers, and physical therapists since he sustained injury to his right knee.  Providers appropriately diagnosed and treated the right knee injury, ultimately resulting in arthroscopic surgery.  There is no written record that AIC Mueller ever requested a lower bunk restriction prior to his injury.  Although it appears that AIC Mueller's surgery was rescheduled on two occasions – once after his request to speak to his legal team regarding conflicts between the quarantine requirements and upcoming legal appointments, and once because of COVID-19 protocols – AIC Mueller's knee surgery was conducted appropriately and promptly.  Review of AIC Mueller's care during and after his surgery shows that he was cared for appropriately and promptly.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on May   30   , 2023.


_s/ Dr. Warren Roberts_
DR. WARREN ROBERTS

Page 7 -    DECLARATION OF DR. WARREN ROBERTS IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
KG8/ls8/552127026

# NON-EMERGENCY HEALTH CARE REQUEST

Christopher Mueller   22475590        F126A        4/8/21
Name                      State ID#              Housing          Date

**Medications:**
☐ I have not received my prescription
☐ My prescription is about to expire
☐ My prescription is not helping

**Glasses**
☐ Eye exam for glasses
☐ Repair

**Vaccines**
☐ Hepatitis A/B
☐ Flu
☐ Pneumonia
☐ Shingles
☐ HIV Test
☐ Hepatitis C Test

**Other Function**
☐ BP check
☐ Test result request
☐ Is my appointment still scheduled?

☐Other issues – not sick:
_____
_____

Health Care request, issue, concern, or sickness:

Last week (4/1/21) I slipped and fell off the ladder while trying to get up to my bunk. My head hit the floor pretty hard, (back of my head) enough to cause bleeding and I twisted my right knee when my foot got caught on a rung. I thought the head pain/headaches and knee pain would subside if I gave it a few days. Unfortunately it has not. The headaches especially seem to be worse.
Could I please be seen by a doctor?
Thank you.

We have taken the following actions in response to your health service request:

☑ You will be scheduled to see: ○ Provider   Ⓥ Nursing staff          APR 0 9 2021

☐ Your request has been forwarded to: ○ Manager     ○ Optometry  ○ Support Services  ○ BHS
                     ○ Pharmacy Technician ○ See attached health education handout

Additional Comments: You are signed up for sick call already 4/9/21 – added this problem to sick call as well.
_____
_____

Responder's Signature: _Kull_                          Date: _4/9/21_

CD 1738 9/2016

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK
MUELLER-ODOC-586
EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 1 of 75

Oregon Department of Corrections

# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 4/7/21 | 0750 | S/L | Pt NS S/L Medical officer notified Ø [illegible] — [illegible] RN |
| 4/9/21 | 0005 | S/L | pt NS S/c Medical officer notified Ø [illegible] — |
| | | add | has BHS appt @ 0800 will check orientation [illegible] RN |
| | | | w BHS appt r/t recent fall. — |
| | | | S. Fell. hit back of head ō loc although SL disoriented momentarily. Headaches (posterior) persist. No balance or other problem. ō vomit. Hurt knee — pops |
| | | | O. [illegible]/92 |
| | | | Heent sl scab occiput. Tender paracervical areas [illegible] good sharp disc's chst/cor [illegible] Neuro = [illegible] DTRs good balance Knee: ō instability but [illegible] sig pop when squats ō effusion |
| | | | A. Head contusion c persisting HA [R] knee injury c sig pain |
| | | | P. [illegible] [illegible] rev HA, knee [illegible] |
| 4-10-21 | 810 | Xray | 2v R knee done — |

Allergy _____

MUELLER, CHRISTOPHER C.
22475590

CD 495H (12-07)

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK

MUELLER-ODOC-310

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 2 of 75

04-13-2021 9:50 AM          Fax Services          → R545567 CORRECTIONAL DEER RIDGE - DEPT OF CORREC pg 2 of 2



22475590

Deer Ridge Correctional Institution * 3920 E. Ashwood Road * Madras, OR  97741 * Ph: (541) 325-5191 * Fax: (541) 325-5915

| | | | |
|---|---|---|---|
| **NAME:** | MUELLER, CHRISTOPHE C | **DATE OF SERVICE:** | 4/10/2021 |
| **DOB:** | ▮▮▮▮▮ | **PATIENT TYPE:** | |
| **GENDER:** | U | **PACS ID:** | |
| **PROVIDER:** | CORRECTIONAL DEER RIDGE | **EXTERNAL ID:** | 209017 |

**PROCEDURE:** RIGHT KNEE - ONE OR TWO VIEWS

**INDICATIONS:** KNEE PAIN

**COMPARISON:** None.

**FINDINGS:**

BONES: No acute fractures.

JOINTS: Normal alignment.  No joint space loss.

SOFT TISSUES: No soft tissue swelling. Probable joint effusion.

**IMPRESSION:**

No acute fracture or significant arthropathy.

Probable joint effusion.

Electronically signed by: Kai Kinder, MD on 4/13/2021 9:48 AM at workstation CS-407-716



*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-338*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 3 of 75

## NON-EMERGENCY HEALTH CARE REQUEST

Christopher Mueller  22475590  F126A  4/20/21
Name                State ID#        Housing    Date

**Medications:**
☐ I have not received my prescription
☐ My prescription is about to expire
☐ My prescription is not helping

**Glasses**
☐ Eye exam for glasses
☐ Repair

**Vaccines**
☐ Hepatitis A/B
☐ Flu
☐ Pneumonia
☐ Shingles
☐ HIV Test
☐ Hepatitis C Test

**Other Function**
☐ BP check
☒ Test result request
☐ Is my appointment still scheduled?

☐ Other issues – not sick:
_____
_____

Health Care request, issue, concern, or sickness:

I just received a "test results communication" form re; the x-ray done on my right knee.

I'd like to talk to a Nurse to discuss the results in detail.

I'm still experiencing pain in my knee and it's frequently popping.

Thank you

RECEIVED
APR 21 2021
BY:...................

We have taken the following actions in response to your health service request:

☐ You will be scheduled to see: ○ Provider      ○ Nursing staff

☐ Your request has been forwarded to: ○ Manager      ○ Optometry   ○ Support Services   ○ BHS
                                       ○ Pharmacy Technician ○ See attached health education handout

Additional Comments: _____

You have a provider appt this week to discuss this.

Responder's Signature: _Pllorunter RN_      Date: 4/21/21

CD 1738 9/2016

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK
MUELLER-ODOC-583

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 4 of 75



Oregon Department of Corrections

# Progress Notes

| DATE | TIME | PROB.# | |
|---|---|---|---|
| | | 4/21/21 | #1 ↑ vitiligo - head now down legs ↑ ā ↑ yrs. needs protection |
| | | | - chambré light wt shirt |
| | | | - ↑ sun screen |
| | | | #2 Ⓡ knee pain, gives out, pain ant/med & swelling |
| | | | got caught in ladder → pop ~mo ago |
| | | | Exam: poor end pt |
| | | | squats - pop gives out |
| | | | xray small effusion + [illegible] |
| | | | A: unstable Ⓡ knee |
| | | | P: needs MRI/ortho |
| | | | vitals 139/87 wt 229 |
| | | 4/21 | Cummulty [signature] [signature] |
| | | 6/2 | knee buckling ↑ pain |
| | | | TLC approved ortho referral [signature] |
| 6-28-21 | 0800 | S/C | Ⓢ PT. REQUESTING LONG SLEEVE SHIRT FOR VITILIGO DIAGNOSIS. Ⓞ BP 128/80, HR 73, $O_2$ 97% ON RA T-97.1 Ⓐ ALT IN SKIN INTEGRITY. Ⓟ EDUCATED PT OF PD ORDER 6/2. PT. TO CONTACT R+D TO PICK UP LONG SLEEVE SHIRT. — [signature] — |

Allergy

MUELLER, CHRISTOPHER
22475590
[redacted]

CD 495H (12-07)

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK
MUELLER-ODOC-309

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 5 of 75

 

Oregon Department of Corrections
**THERAPEUTIC LEVEL OF CARE**

P-F-04.1
Attachment 1

TO:    Clinical Medical Director/Dental Director        Date: _4/21/21_

FROM: _Dr Berman_

INSTITUTION NAME: _OSCI_

SUBJECT: Prior Authorization for Medical/Dental/Surgical Procedure or Treatment

Release Date: _06/17/2024_

Diagnosis: _1) unstable (R) knee    2) vitiligo_

Level: _II_

How long has the patient had this diagnosis? _4 wks_

Treatment Proposed: _1) MRI_
_2) Long sleeve shirt, PDF sunscreen_
_Chambre_

Factors for consideration, discuss as appropriate.

1.    Urgency of need vs. time of sentence left.
2.    Overall necessity, re: morbidity, mortality and functional disability.
3.    Pre-existing condition prior to incarceration.
4.    Risk/Benefit
5.    Cost/Benefit
6.    Alternatives
7.    Pain complaints/pain behavior

Committee comments and recommendation: _1) MRI authorized    2) Shirt —_
_ (R) knee    ✓ c Conlin_

| ☐ Patient Purchase – Debt | ☐ Patient Purchase – Pay in Advance |

Date reviewed: _4/22/21_

_____
Committee Signature

_____
Committee Signature

_____
Committee Signature

| Nam | MUELLER, CHRISTOPHER C. |
| SID# | 22475590 |
| DOB | ▮ |

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*
*MUELLER-ODOC-490*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 6 of 75

## NON-EMERGENCY HEALTH CARE REQUEST

Chris Mueller          22475590          F126A          5/1/21
Name                      State ID#              Housing          Date

**Medications:**
☐ I have not received my prescription
☐ My prescription is about to expire
☐ My prescription is not helping

**Glasses**
☐ Eye exam for glasses
☐ Repair

**Vaccines**
☐ Hepatitis A/B
☐ Flu
☐ Pneumonia
☐ Shingles
☐ HIV Test
☐ Hepatitis C Test

**Other Function**
☐ BP check
☐ Test result request
☐ Is my appointment still scheduled?
☒ Other issues – not sick:
    next steps RE:
    Vitiligo,
    skin protection

Health Care request, issue, concern, or sickness:

Hi Dr. Beamer,
I'm following up to see if I'm able to receive the light weight, long sleeve, button up shirts (quantity two, size 2XL) and the stronger SPF sunscreen, 50, to protect my skin with vitiligo. Thanks again for your help.

We have taken the following actions in response to your health service request:

MAY 0 3 2021

☐ You will be scheduled to see: ○Provider      ○Nursing staff

☑ Your request has been forwarded to: ○Manager      ○○Optometry    ○Support Services    ○ BHS
                                        ○Pharmacy Technician ○See attached health education handout

Additional Comments: _____

Wear your long sleeve thermal shirt under your other T-shirts. Sunscreen not approved from TLC purchase sunscreen of canteen.

★ MRI for (R) knee was approved by TLC.

Responder's Signature: Afritz, RN                    Date: 5/3/21

CD 1738 9/2016

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK
MUELLER-ODOC-581

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 7 of 75

 

### Imaging Results (continued)

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|

COMPARISON: 4/10/2021

TECHNIQUE: Multiplanar multisequence imaging was performed per routine protocol.

FINDINGS:

MENISCI
Medial: Complex tearing of the peripheral mid body and majority of the posterior horn with horizontal and vertical components involving the free edge, superior, and inferior articular surfaces.
Lateral: Intact.

CRUCIATE LIGAMENTS
ACL: Intact.
PCL: Intact.

COLLATERAL LIGAMENTS
Medial Collateral Complex: Intact.

Lateral Supporting Structures: Intact.

PATELLOFEMORAL JOINT: Chondral fissuring of the medial and lateral facets of the patella with grade II chondromalacia of the medial facet of the patella. Chondral fissuring with grade III chondromalacia present at the trochlea measuring 16 mm in maximal dimension. There is subadjacent exuberant edema-like marrow signal. Degenerative cystic resorptive change also noted here.

EXTENSOR MECHANISM: Intact.

CARTILAGE: Nonfull-thickness chondral fissuring of the weightbearing surface of the lateral femoral condyle. Grade I chondromalacia of the lateral tibial plateau. There is near full-thickness chondral fissuring and grade II chondromalacia at the posterior weightbearing surface of the medial femoral condyle.

BONES: T2 hyperintensity at the medial tibial plateau, likely represents reactive hyperemia from the adjacent meniscal tear. Degenerative marrow change present at the medial patella.

SOFT TISSUES: Tiny Baker's cyst. Minor knee joint effusion.

Impression:
1. Complex tearing of the peripheral mid body and majority of the posterior horn of the medial meniscus with horizontal components and vertical components at the posterior horn. This tear involves the free edge and superior and inferior articular surfaces.

2. Chondral fissuring of the medial and lateral facets of the patella with grade II chondromalacia of the medial facet of the patella. Chondral fissuring with grade III chondromalacia present at the trochlea measuring 16 mm in maximal dimension. There is subadjacent exuberant edema-like marrow signal at the trochlea with additional degenerative cystic resorptive changes here. Minor degenerative marrow change of the patella.

3. Mild chondral fissuring of the weightbearing surface of the lateral femoral condyle. Grade I chondromalacia of the lateral tibial plateau.

4. Near full-thickness chondral fissuring and grade II chondromalacia at the posterior weightbearing surface of the medial femoral condyle.

Electronically signed by: Thomas Koehler, MD on 5/14/2021 8:55 AM at workstation CS-271-703

### Immunizations

No immunizations on file.

Mueller, Christophe C (MR # 27162443) Printed at 5/16/21  9:05 PM

Page 2 of 2

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-494*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 8 of 75

Oregon Department of Corrections
## THERAPEUTIC LEVEL OF CARE

P-F-04.1
Attachment 1

TO:    Clinical Medical Director/Dental Director          Date: _6/18_

FROM: _W Byrne_

INSTITUTION NAME: _MCI_

SUBJECT:  Prior Authorization for Medical/Dental/Surgical Procedure or Treatment

Release Date: _6/24_

Diagnosis: _Meniscus tear_

Level: _____

How long has the patient had this diagnosis? _1 month_

Treatment Proposed: _ortho referral, MRI_

Factors for consideration, discuss as appropriate.

1.    Urgency of need vs. time of sentence left.
2.    Overall necessity, re: morbidity, mortality and functional disability.
3.    Pre-existing condition prior to incarceration.
4.    Risk/Benefit
5.    Cost/Benefit
6.    Alternatives
7.    Pain complaints/pain behavior

Committee comments and recommendation: _MRI ē ortho referral_

| □ Patient Purchase – Debt | □ Patient Purchase – Pay in Advance |
|---|---|

Date reviewed: _6/24/21_

_____
Committee Signature

_____
Committee Signature

| Name: | MUELLER, CHRISTOPHER C. |
|---|---|
| SID#: | 22475590 |
| DOB: | ▮▮▮▮▮ |

CD 1282 H (9/2016)

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

MUELLER-ODOC-489

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 9 of 75

## NON-EMERGENCY HEALTH CARE REQUEST

Christopher Mueller   22475590      F126A    5/28/21
Name                                State ID#                      Housing        Date

**Medications:**
☐ I have not received my prescription
☐ My prescription is about to expire
☐ My prescription is not helping

**Glasses**
☐ Eye exam for glasses
☐ Repair

**Vaccines**
☐ Hepatitis A/B
☐ Flu
☐ Pneumonia
☐ Shingles
☐ HIV Test
☐ Hepatitis C Test

**Other Function**
☐ BP check
☐ Test result request
☐ Is my appointment still scheduled?
☒ Other issues – not sick: vitiligo skin care
follow up.

Health Care request, issue, concern, or sickness:
Hi, I had an appointment to see Dr. Beamer on 5/24 but the C/O sent me back to my unit – he said I didn't need to be there for a "Chart review".
I'd like to know the results of my recent MRI and subsequent steps to be taken re, my right knee.

Also, I was going to speak to Beamer re, my repeated requests for a long sleeve button down shirt to protect my vitiligo skin from sun. I've already sent four kytes for this and spent over a month requesting. I've offered + buy the shirt(s). I'm told by R&D that Beamer just need to authorize the shirt. The shirts are just destroyed if not used. Rather than deny again or put me off w/ RN respon will you please get this Kyte to Beamer or let me speak to him directly. Thank you
We have taken the following actions in response to your health service request:

☒ You will be scheduled to see: ⊙Provider      ○Nursing staff

☐ Your request has been forwarded to: ○Manager     ○Optometry   ○Support Services   ○ BHS
                                      ○Pharmacy Technician ○See attached health education handout

Additional Comments: _____

Responder's Signature: _____       Date: 5/29/21

MAY 2 9 2021

CD 1738 9/2016

Attachment 3
P-A-02.1

## PROVIDER'S RETURNING INFORMATION

Diagnosis and Findings:   RIGHT   Medial  Meiscus  Tear

−   0 − 130°,  Rom
∅  E/E/E                              ⊕ m/cT
⊕ McMurg / Circulator
⊕ stabl  V/V  at  Sajitt

Provider's Recommendations / Orders (**Do not mention any specific follow up dates or times to the inmate/patients for security reasons**):   Recommendations :

① Arthos for  MmT

② Bottom Bunk  until Furth notice

③ R.I.C.E  For  now  if  painful

Community Provider's Signature: _____   Date: 7/21/21

**PLEASE REMEMBER TO SEND/ FAX A COPY OF YOUR WRITTEN REPORT TO THE REFERRING ODOC PHYSICIAN**

### POST CONSULT DOC COMMENT SECTION (Institution Use Only)

O   Community Provider Orders Reviewed by Nursing with ODOC Provider for Urgent Needs:
☑ No Urgent Needs          ☐ Urgent Needs, Orders Transcribed

ODOC Nursing Signature: CHood RN _____   Date: _____   Time: _____
☑ Orders Approved

O   Orders Denied

O   To TLC

Comments: 

ODOC Provider: _____   Date: 7/21/21

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*
*MUELLER-ODOC-487*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 11 of 75

*gingold*

**OREGON DEPARTMENT OF CORRECTIONS**   7/21   Attachment *10:00 am*
**HEALTH REFERRAL OUTSIDE AGENCY**   P-A-02.

| | |
|---|---|
| **To:** Desert Orthopedics<br>1315 NW 4th St.<br>Redmond, OR 97756<br>(541) 548-9159 | Appt. Date: _____ 7/16   Time: **8:15 am**<br>Institution:<br>Con Deer Ridge Correctional Facility<br>Inst John Battle, NP/Dr. Leland Beamer<br>Scheduling: 541-325-5790<br>Pho RN line: 541-325-5195<br>Medical Records: 541-325-5191 |

☐ Stat (Today)   ☐ Urgent (1-3 Days)   ☐ Priority (4-14 Days)   ☐ R Fax: 541-325-5915 _____ eeks)

**Diagnosis or Reason for Referral:**   *Torn meniscus ℞ Knee*

*S83.206A*

**Specific Service Requested:**   *Consult Orthopedics*

*99243*

**Special Equipment Needed for Transport:** ☐ O2   ☐ Wheelchair   ☐ Stretcher   ☐ Interpreter _____ ☐ Other _____
**Data to be sent with patient:**

☐ Lab    ☐ X-Ray    ☐ Chart Note    ☐ Dr. Orders    ☐ MAR    ☐ Other _____

**COMMUNITY PROVIDERS- Please write notes to institution Physician on reverse side of this form**

---

### SPECIFIC TREATMENTS AUTHORIZED

☐ Emergency Care            ☐ Radiographic Diagnostics
☐ Consultation Only         ☐ Surgery
☐ Treatment Only            ☐ Special Procedure _____
☐ Consultation and Treatment    ☐ Other _____
☐ Laboratory Diagnostics

AUTHORIZED / COVERED SERVICES ARE MARKED ABOVE
UNAUTHORIZED TREATMENT MAY NOT BE COVERED

---

**Please send HCFA 1500/UB 04 Claim form for today's services to:**

Correctional Health Partners
Oregon Department of Corrections
PO Box 13589
Denver, CO 80201-1738

*Exp 9/1*

*X210604000399*

| | |
|---|---|
| **INSURANCE BILLING PATIENT INFORMATION** | |
| Name   MUELLER, CHRISTOPHER | |
| SID   22475590 | |
| DOI   ▮▮▮ | |
| Grou | |

Thank you for your interest in our patient.      Date Form Prepared: __*6/4/21*__

If you have any concerns with this patient, please contact us.    Form Prepared By: __*(signature)*__

**PLEASE FILL OUT ALL SECTIONS OF THIS FORM COMPLETELY AND ACCURATELY**
CD 491H 09/2017

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-488*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 12 of 75

Fax Server          7/21/2021 10:46:04 AM   PAGE   1/003   Fax Server

22475590



### Desert Orthopedics

| Eastside: | Westside: | Redmond: |
|---|---|---|
| 1303 NE Cushing Drive Ste 100 | 1140 SW. Simpson Ste 100 | 1315 NW 4th Street |
| Bend, OR 97701 | Bend, OR 97702 | Redmond, OR 97756 |
| (541) 388 - 2333 | (541) 388 - 2333 | (541) 388 - 2333 |

**Patient:**          **CHRISTOPHER MUELLER**
**Date of Birth:**
**SSN (last 4 #):**

**Visit Date:**          07/21/2021
**Attending Provider:** Brett I. Gingold MD
**Referring Provider:** Corrections Deer Ridge

### Chief Complaint

The Chief Complaint is: Right knee pain for the last couple of months. He reports he was climbing the ladder to get onto his bunk and he fel and his foot was caught in one of the rungs and caused a twisting motion. He reports pain with walking and feels instable. X-ray 4/10/21, MRI 5/14/21.

### History of Present Illness

CHRISTOPHER MUELLER is a 49 year old male.
• Allergy list reviewed • Medication reconciliation performed

Chris is a 49-year-old resident of Deer Ridge who presents to the office today for evaluation of a traumatic right knee injury. About 2 months ago, he reports that he essentially was navigating his ladder of his bunk when he caught his foot and fell, twisting his right knee. Since that time, he has been unable to kneel, squat or low the joint and transition without pain. Imaging studies were performed and confirm intra-articular pathology. He reports he was having no knee problems prior to this particular episode. He reports no other injuries or symptoms.

### Past Medical/Surgical History
**Reported:**
Patient denies any past medical history.

### Current Medication
• busPIRone HCl 15 MG Oral Tablet  0 days, 0 refills
• Clobetasol Propionate 0.05% External Cream  0 days, 0 refills
• CVS Melatonin 5 MG Oral Tablet  0 days, 0 refills
• CVS Omeprazole 20 MG Oral Tablet Delayed Release Disintegrating  0 days, 0 refills
• CVS Vitamin D 2000 units Oral Capsule, conventional 2000 units  0 days, 0 refills
• Sertraline HCl 100 MG Oral Tablet  0 days, 0 refills
• traZODone HCl 150 MG Oral Tablet  0 days, 0 refills

### Allergies
• No Known Allergies

### Review Of Systems
A 10 point review of symptoms was performed by the patient at check-in. Patient denies all symptoms except as noted above.

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

MUELLER-ODOC-484

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 13 of 75

**Patient Name: CHRISTOPHER MUELLER**                                   Date: 07/21/2021

## Social History
Tobacco use:  No tobacco use.
Alcohol: Alcohol use  0.
Drug Use: Not using marijuana currently  and not using CBD currently.
Work: Retired from work.
Activities: Recreational activities  Walking and lifting.

## Physical Findings
• Vitals taken 07/21/2021 10:02 am

| | | |
|---|---|---|
| Height | 72 in | 64 - 74 |
| Weight | 225 lbs | 125 - 225 |
| Body Mass Index | 30.5 kg/m2 | |
| Body Surface Area | 2.24 m2 | |

## Counseling/Education
• Lose weight
• Patient education about a proper diet

## Miscellaneous
This note was generated by Dragon voice recognition software. Minor inconsistencies may be present. If questions arise regarding content of this note, please contact Provider office for clarification. .

## Objective
49-year-old young man who is very pleasant today and really in no acute distress.  He does have a slight limp and ambulating.  He has significant medial joint line tenderness and he does have a positive McMurray's maneuver.  There is no erythema, no ecchymosis, no effusion.  He has full extension about 130 degrees of flexion.  His quad is a 4.  He is stable in the coronal plane.  He stable in the sagittal plane.  His thigh and calf are soft and non-tender there is no pain in hip with range of motion.

## Diagnosis
X-ray and MRI of the right knee reviewed.  He does not have any advanced arthritic features in the joint but does have a complex medial meniscus tear.

49-year-old Deer Ridge inmate, now with an acute right knee injury consistent with a complex medial meniscus tear.

## Assessment & Plan
I spent 30 minutes with Christopher and his inmate guard. This included reviewing any diagnostic studies, laboratory tests and results, past medical history and office notes, and time spent with the patient in consultation.   We will go ahead and proceed with operative care.  We discussed options which included non--operative care and surgical intervention.  The decision was made to proceed with surgical intervention today.  I did review therapy and injections and living with his symptoms but he wishes to have definitive treatment.  This would include arthroscopy and assessment of the meniscus to determine if a repair or debridement will be necessary.  Therefore, we decided go for surgery.  He request no medications.  We will plan for surgical intervention and then decide on his outcome based upon surgical findings.

## Plan
• **Complex tear of medial mensc, current injury, r knee, init**
  DO SURG/BIG SURGERY: BIG Surgery

## Care Team

Page 2 of 3

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*
*MUELLER-ODOC-485*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 14 of 75

**Patient Name: CHRISTOPHER MUELLER**                           Date: 07/21/2021

**Corrections Deer Ridge**        **Primary Care**

**Electronically Signed By:**
**Brett I. Gingold MD**

Page 3 of 3

**OREGON DEPARTMENT OF CORRECTION**
**HEALTH REFERRAL OUTSIDE AGENCY**          Attachment 3
          10/4    P-A-0 9AM

To:
Desert Orthopedics
1315 NW 4th St
Redmond, OR 97756
541-388-2333

Appt. D: Deer Ridge Correctional Facility
Institutio  John Battle, NP/Dr. Leland Beamer
          Scheduling: 541-325-5790
Contact   RN line: 541-325-5195
Institutic  Medical Records: 541-325-5191
Phone: ___  Fax: 541-325-5915

◻ Stat (Today)  ◻ Urgent (1-3 Days)  ◻ Priority (4-14 Days)  ◻ Routine (< 6 Weeks)  ◻ Extended (< 12 Weeks)

**Diagnosis or Reason for Referral:**  (R) Knee meniscus tear

**Specific Service Requested:**  Pre operative consult

**Special Equipment Needed for Transport:** ◻ O2  ◻ Wheelchair  ◻ Stretcher  ◻ Interpreter _____ ◻ Other _____
**Data to be sent with patient:**

◻ Lab    ◻ X-Ray    ◻ Chart Note    ◻ Dr. Orders    ◻ MAR    ◻ Other_____

**COMMUNITY PROVIDERS-** Please write notes to institution Physician on reverse side of this form

SPECIFIC TREATMENTS AUTHORIZED

◻ Emergency Care              ◻ Radiographic Diagnostics
◻ Consultation Only           ◻ Surgery
◻ Treatment Only              ◻ Special Procedure_____
◻ Consultation and Treatment  ◻ Other_____
◻ Laboratory Diagnostics

AUTHORIZED / COVERED SERVICES ARE MARKED ABOVE
UNAUTHORIZED TREATMENT MAY NOT BE COVERED

**Please send HCFA 1500/UB 04 Claim form**
**for today's services to:**

Correctional Health Partners
Oregon Department of Corrections
PO Box 13589
Denver, CO  80201-1738

INSURANCE BILLING PATIENT INFORMATION
Nam  Mueller, Christopher
SID#  22475590
DOE  ▮▮▮▮▮
Group

Thank you for your interest in our patient.          Date Form Prepared: 8/9/21

If you have any concerns with this patient, please contact us.          Form Prepared By: _____

**PLEASE FILL OUT ALL SECTIONS OF THIS FORM COMPLETELY AND ACCURATELY**
CD 491H 09/2017

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK
MUELLER-ODOC-477

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 16 of 75



## Desert Orthopedics

**Eastside:**
1303 NE Cushing Drive Ste 100
Bend, OR 97701
(541) 388 - 2333

**Westside:**
1140 SW. Simpson Ste 100
Bend, OR 97702
(541) 388 - 2333

**Redmond:**
1315 NW 4th Street
Redmond, OR 97756
(541) 388 - 2333

Patient:            **CHRISTOPHER MUELLER**
Date of Birth:
SSN (last 4 #):

Visit Date:         10/04/2021
Attending Provider: Adam J. Short PA-C
Referring Provider: Corrections Deer Ridge

### Chief Complaint
The Chief Complaint is: Right knee preoperative assessment, surgery is scheduled for 10/21.

### Subjective
This is a pleasant 49-year-old female presents to clinic today for preoperative history, physical exam, education and counseling regarding upcoming elective right knee arthroscopy scheduled for 10/14/2021.  He wishes to proceed with this elective procedure he denies any change in his baseline health.

### History of Present Illness
CHRISTOPHER MUELLER is a 49 year old male.
• Allergy list reviewed • Medication reconciliation performed

### Current Medication
- **busPIRone HCl 15 MG Oral Tablet  0 days, 0 refills**
- **Clobetasol Propionate 0.05% External Cream  0 days, 0 refills**
- **CVS Melatonin 5 MG Oral Tablet  0 days, 0 refills**
- **CVS Omeprazole 20 MG Oral Tablet Delayed Release Disintegrating  0 days, 0 refills**
- **CVS Vitamin D 2000 units Oral Capsule, conventional 2000 units  0 days, 0 refills**
- **Sertraline HCl 100 MG Oral Tablet  0 days, 0 refills**
- **traZODone HCl 150 MG Oral Tablet  0 days, 0 refills**

### Allergies
• **No Known Allergies**

### Review Of Systems
A 10 point review of symptoms was performed by the patient at check-in. Patient denies all symptoms except as noted above.

### Physical Findings
• **Vitals taken 10/04/2021 09:07 am**

| | |
|---|---|
| Height | 72 in |
| Weight | 225 lbs |
| Body Mass Index | 30.5 kg/m2 |
| Body Surface Area | 2.24 m2 |

Received

OCT 04 2021

DRCM
Health Services

22475590

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*
*MUELLER-ODOC-474*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 17 of 75

Patient Name: CHRISTOPHER MUELLER                                     Date: 10/04/2021

Musculoskeletal: Evaluation of the patient's right knee reveals tenderness to palpation medial femoral condyle as well as over the medial joint line. McMurray maneuver does exacerbate symptoms.  Remainder of his knee exam is relatively unchanged.

**Plan**
- **Other**
  HYDROcodone-Acetaminophen 5-325 MG tablet 1-2 po q4-6 hrs prn pain, 7 days, 0 refills
  Vistaril 25 MG capsule 1 by mouth every 6-8 hours as needed for pain/anxiety or to help sleep. Best if taken 15 min prior to pain medicine., 7 days, 0 refills
  Ondansetron HCl 4 MG tablet 1-2 tabs PO q 6-8 hours prn nausea or 15 min prior to pain medication dose, 5 days, 1 refills

49-year-old male with right knee medial meniscus tear.

After a thorough PAR-Q conference was held in clinic today, I obtained written as well as oral consent to proceed with surgery.  I confirmed that it was in fact the patient's right knee despite most paperwork documenting the left.  Appropriate postoperative prescriptions were provided and instructions for crutches were included in the patient's present paperwork.  Any other questions he had were addressed to the best my ability.

**Miscellaneous**
This note was generated by Dragon voice recognition software. Minor inconsistencies may be present. If questions arise regarding content of this note, please contact Provider office for clarification. .

**Care Team**
**Corrections Deer Ridge**          **Primary Care**

**Electronically Signed By:**
**Adam J. Short PA-C**

Received

OC  0 4 2021

DRCM
Health Services

Page 2 of 2

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*
*MUELLER-ODOC-475*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 18 of 75



Oregon Department of Corrections

# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 10-7-21 | 1100 | NURSE | NOTIFIED PT. TO D/C NSAIDS/blood thinners PT. verbalizes understanding _____ AnGill |
| 10/14/21 | 0710 | Nurse | AIC wants to discuss appts c attorney. He has future appts c attorney. He needs to check dates before he can decide to quarantine for outside appt. _____ Beamer |
| 11/2/21 | class | lab | LAC cmp, cbc, lipid, A1C & complications |
| 12-23-21 | 0630 | LAB | L-AC. CMP+LIPIDS & Complications _____ |
| 12/23/21 | 0925 | RN | Notified Mueller to stop taking NSAIDS and/or BLOOD THINNERS until further notice _____ VH RN |
| 12-27-21 | 1220 | lab | Hologic covid test done and sent to St Charles Madras lab. A Rivera RN |
| 12/29/21 | 2030 | Nurse | Pt informed nothing by mouth p midnight _____ |
| 1/5/22 | 052p | | when I put in for triage, his surgery had already been cancelled due to covid protocols, Dr. Beamer said to keep scheduled appt, However, he is not scheduled, I will add him to a waitlist 8 hours |
| 1/3/22 | 0930 | NP | S: R knee pain waiting for surgery pain all the time. Slipped on ice now hurts worse. |
| | | | O: A&O x 3 |
| | | | R knee no crepitus no edema warmth neg drawer no laxity + grind glide painful. |
| | | | A: torn meniscus waiting for surgery |
| | | | P: will discuss c Dr Beamer if more imaging. |
| 2/14/22 | 052p | | pt is scheduled 3/17 for surgery Shuler |

Allergy NKDA

MUELLER, CHRISTOPHER C.
22475590

CD 495H (12-07)

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK

MUELLER-ODOC-308

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 19 of 75

# NON-EMERGENCY HEALTH CARE REQUEST

Christopher C. Mueller 22475590 _____ F113B _____ 12/27/21
Name                          State ID#              Housing              Date

**Medications:**                    **Vaccines**
☐ I have not received my prescription    ☐ Hepatitis A/B         **Other Function**
☐ My prescription is about to expire     ☐ Flu                   ☐ BP check
☐ My prescription is not helping         ☐ Pneumonia             ☐ Test result request
                                         ☐ Shingles              ☐ Is my appointment still scheduled?
**Glasses**                              ☐ HIV Test              ☑ Other issues – not sick:
☐ Eye exam for glasses                   ☐ Hepatitis C Test      injury to right Knee
☐ Repair                                                          extreme pain

Health Care request, issue, concern, or sickness:
Several months ago I tore the meniscus on my right knee.
yesterday I slipped on lose gravel on my way to the
chow hall and my right knee popped and gave out.
The pain in my knee has been really bad ever since
(much worse than it has been from original injury).
I'm having much more trouble walking on it now.
Can I please see the doctor ASAP? Thank you.

We have taken the following actions in response to your health service request:

☐ You will be scheduled to see: ○Provider     ○Nursing staff

☐ Your request has been forwarded to: ○Manager     ○Optometry     ○Support Services     ○BHS
                                       ○Pharmacy Technician ○See attached health education handout
Additional Comments: You do have an appointment scheduled
with the provider.

DEC 2 8 2021

Responder's Signature: _____     Date: 12/30/21

CD 1738 9/2016

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*
*MUELLER-ODOC-572*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 20 of 75

## NON-E ERGENCY HEALTH CARE QUEST

Christopher C. Mueller    22475590         F113B         1/2/22
Name                     State ID#          Housing       Date

**Medications:**
☐ I have not received my prescription
☐ My prescription is about to expire
☐ My prescription is not helping

**Glasses**
☐ Eye exam for glasses
☐ Repair

**Vaccines**
☐ Hepatitis A/B
☐ Flu
☐ Pneumonia
☐ Shingles
☐ HIV Test
☐ Hepatitis C Test

JAN 04 2022
OSCM

**Other Function**
☐ BP check
☐ Test result request
☐ Is my appointment still scheduled?
☒ Other issues – not sick:
Right Knee injury
bad pain

Health Care request, issue, concern, or sickness:

I sent in a Kyte on 12/27/21 to see the Doctor due to an additional injury to my right knee but never got a response – Will you please return that Kyte with a response?

Looks like I had an appt. on 12/30/21 but the unit C.O. told me I wasn't allowed to go to it.

Will you please schedule me to see the Doctor ASAP and make sure the guards etc let me go?

Thank you.

We have taken the following actions in response to your health service request:

☐ You will be scheduled to see: ○Provider    ○Nursing staff

☐ Your request has been forwarded to: ○Manager    ○Optometry    ○Support Services   ○ BHS
                                        ○Pharmacy Technician ○See attached health education handout

Additional Comments: 

Your surgery was cancelled by the surgery center due to Covid. It will be rescheduled ASAP. In the meantime you can restart NSAIDS. Medical is only seeing urgent/emergent patients until Tier 4.

Responder's Signature: _____    Date: 1/6/22

CD 1738 9/2016

# NON-EMERGENCY HEALTH CARE REQUEST

Chris Mueller          22475590          F113B          1/9/22
**Name**                    **State ID#**              **Housing**        **Date**

**Medications:**
☐ I have not received my prescription
☐ My prescription is about to expire
☐ My prescription is not helping

**Glasses**
☐ Eye exam for glasses
☐ Repair

**Vaccines**
☐ Hepatitis A/B
☐ Flu
☐ Pneumonia     RECEIVED
☐ Shingles
☐ HIV Test          JAN 1 1 2022
☐ Hepatitis C Test
                    BY: _____

**Other Function**
☐ BP check
☐ Test result request
☐ Is my appointment still scheduled?
☒ Other issues – not sick:
Right Knee
new injury (serious)

**Health Care request, issue, concern, or sickness:**

I just received your response to my Kyte/request for medical attention. I don't think we're on the same page, yes, my right knee is injured (torn maniscus) and needs surgery. I need to see you because two weeks ago I was involved in another accident which caused additional/different damage to the same knee.

It is now far worse than just the torn maniscus. Will you please schedule me right away to be seen. Thank you – I know it's difficult w/ all the COVID however I wouldn't ask if it weren't serious. Thank you.

**We have taken the following actions in response to your health service request:**

☐ You will be scheduled to see: ○Provider     ○Nursing staff

☐ Your request has been forwarded to: ○Manager     ○Optometry     ○Support Services     ○BHS
                                                   ○Pharmacy Technician ○See attached health education handout

Additional Comments: _____
You are scheduled for knee surgery. I doubt I can do anything sooner, but I get you in to be seen.

Responder's Signature: _____     Date: 1/12/22

CD 1738 9/2016

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK
MUELLER-ODOC-569

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 22 of 75

## NON-EMERGENCY HEALTH CARE REQUEST

Christopher C. Mueller    22475590    F113B    1/12/22    4 pm

| Name | State ID# | Housing | Date |

**Medications:**
☐ I have not received my prescription
☐ My prescription is about to expire
☐ My prescription is not helping

**Glasses**
☐ Eye exam for glasses
☐ Repair

**Vaccines**
☐ Hepatitis A/B
☐ Flu
☐ Pneumonia
☐ Shingles
☐ HIV Test
☐ Hepatitis C Test

**Other Function**
☐ BP check
☐ Test result request
☐ Is my appointment still scheduled?

☐Other issues – not sick:
_____

Health Care request, issue, concern, or sickness:

I just got your 1/12/22 Kyte response, thank you.
I understand I'm scheduled for knee surgery, my
concern however, is that the scope of the
surgery has changed due to the additional
injury to my right knee.

Shouldn't the new injury/damage be thoroughly
assessed prior to moving forward with the surgery
My knee feels much worse and there's pain etc. in other
areas now (side of and back of knee). Please advise.

We have taken the following actions in response to your health service request:

RECEIVED
JAN 13 2022

☐ You will be scheduled to see: ○Provider    ○Nursing staff

☐ Your request has been forwarded to: ○Manager    ○Optometry    ○Support Services    ○BHS: ....................
○Pharmacy Technician ○See attached health education handout

Additional Comments:
_____

Scheduled for
Chart Review/Renewal
with Provider

You are scheduled to see me when court
permits.

Responder's Signature: _Kullll_    Date: _1/13/22_

CD 1738 9/2016

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK

MUELLER-ODOC-568

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 23 of 75

Attachment 3
P-A-02.1

**PROVIDER'S RETURNING INFORMATION**

Diagnosis and Findings: Right Knee Arthscpy
① Medial Meniscus Tear — Complx
⇒ partial medial menisectomy

Provider's Recommendations / Orders (**Do not mention any specific follow up dates or times to the inmate/patients for security reasons**): Please see Congino's d/c Instructions

Meds. ① Aspirin 325 mg po BID x 7 days.
② Norco 5/325 1-2 tabs po Q4-6° PRN pain
③ Ondansetron 4 mg 1-2 tabs po Q6-8° PRN Nausea,
④ Hydroxyzine 25 mg po Q6° PRN anxiety - pain

☆ May be WBAT (R) lwt ly c Crutches

Community Provider's Signature: _____ Cnbrns _____ Date: 3/2/22

PLEASE REMEMBER TO SEND/ FAX A COPY OF YOUR WRITTEN REPORT TO THE REFERRING ODOC PHYSICIAN

**POST CONSULT DOC COMMENT SECTION (Institution Use Only)**

O  Community Provider Orders Reviewed by Nursing with ODOC Provider for Urgent Needs:
▢ No Urgent Needs       ☒ Urgent Needs, Orders Transcribed

ODOC Nursing Signature: _L Rivera RN_ Date: 3·2·22 Time: 1845
O  Orders Approved

O  Orders Denied

O  To TLC

Comments:

ODOC Provider: _____ Date: 3/3

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK
MUELLER-ODOC-453

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 24 of 75

**OREGON DEPARTMENT OF CORRECTIONS**
**HEALTH REFERRAL OUTSIDE AGENCY**

Attachment 3
P-A-02.1

St Charles Medical Center-R
1253 NW Canal Blvd
Redmond OR 97756
541-548-8131

*ed.*

Appt.
Institu  Deer Ridge Correctional Facility
Conta  John Battle, NP/Dr. Leland Beamer
Institu  Scheduling: 541-325-5790
Phone  RN line: 541-325-5195
Medical Records: 541-325-5191
Fax: 541-325-5915

☐ Stat (Today)  ☐ Urgent (1-3 Days)  ☐ Priority (4-14 Days)  ☐ Routine (< 6 Weeks)  ☐ Extended (< 12 Weeks)

**Diagnosis or Reason for Referral:**  ® Knee Meniscus tear
583.206A

**Specific Service Requested:**  ® Knee Laparscopic Surgery
29881  29880

**Special Equipment Needed for Transport:** ☐ O2 ☐ Wheelchair ☐ Stretcher ☐ Interpreter _____ ☐ Other _____
**Data to be sent with patient:**

☐ Lab   ☐ X-Ray   ☐ Chart Note   ☐ Dr. Orders   ☐ MAR   ☐ Other_____

**COMMUNITY PROVIDERS- Please write notes to institution Physician on reverse side of this form**

**SPECIFIC TREATMENTS AUTHORIZED**

☐ Emergency Care
☐ Consultation Only
☐ Treatment Only
☐ Consultation and Treatment
☐ Laboratory Diagnostics

☐ Radiographic Diagnostics
☐ Surgery
☐ Special Procedure_____
☐ Other_____

AUTHORIZED / COVERED SERVICES ARE MARKED ABOVE
UNAUTHORIZED TREATMENT MAY NOT BE COVERED

**Please send HCFA 1500/UB 04 Claim form for today's services to:**

Correctional Health Partners
Oregon Department of Corrections
PO Box 13589
Denver, CO 80201-1738

5/15

X2H705000285
X22021400038

INSURANCE BILLING PATIENT
Mueller, Christopher
Name: 22475590
SID#: ▮▮▮▮
DOB: ▮▮▮▮
Group # OI

Thank you for your interest in our patient.

If you have any concerns with this patient, please contact us.

Date Form Prepared: 8/9/21

Form Prepared By: _____

**PLEASE FILL OUT ALL SECTIONS OF THIS FORM COMPLETELY AND ACCURATELY**
CD 491H 09/2017

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-454*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 25 of 75

Fax Server          4/22/2022 11:41:38 AM  PAGE    3/007    Fax Server

3/15/2022                    Mueller, Christopher C (MR#27162443) Printed by YOUNG, LUCINDA [11331]

Mueller, Christopher C (MRN 27162443) DOB: 10/24/1971 Encounter Date: 02/15/2022



# St. Charles
## HEALTH SYSTEM

*Received*
*APR 22 2022*
*DRCM*
*Health Services*

## Mueller, Christopher C

MRN: 27162443

| | | | |
|---|---|---|---|
| **Brett Gingold, MD**<br>Physician<br>Orthopedics | Op Note<br>Signed | Date of Service: 3/2/2022  4:16 PM | |

| Case Time: | Procedures: | Surgeons: |
|---|---|---|
| 3/2/2022  4:16 PM | ARTHROSCOPY RIGHT KNEE PARTIAL<br>MEDIAL MENISCECTOMY | Brett Gingold, MD |

Signed

### Operative Note

**Patient Name:  Christopher C Mueller**
**DOB:** ███████
**MRN:**       27162443

Procedures:
 * ARTHROSCOPY RIGHT KNEE PARTIAL MEDIAL MENISCECTOMY

Additional Procedures / CPT:

**Indications:** The patient was admitted to the hospital with a brief history of right knee pain after an injury at Deer Ridge, when he fell from his bunk ladder. A MRI and examination revealed findings of medial meniscus tearing.  Of note, the patient did have a more recent injury to his right knee, but when tested, he was completely stable, only complaining of medial joint line tenderness.  Testing of his MCL revealed stability in the coronal plane.. The patient now presents for surgical intervention after medical optimization, negative COVID-19 testing, and after discussing therapeutic alternatives.

Pre-op Diagnosis:
Complex tear of medial meniscus, current injury, right knee, initial encounter

Post-op Diagnosis:
Complex tear of medial meniscus, current injury, right knee, initial encounter

**Surgeon:** Gingold, Brett I, MD

**Anesthesia:** general

**ASA Class:** II

**Procedure Details**  After the risks and benefits of the procedure were discussed, Christopher was brought from the pre--operative area to the surgical suite. Examination in the pre-operative area revealed medial joint line tenderness and pain with circumduction.  He was stable when testing the

Mueller, Christopher C (MRN 27162443) Printed by Lucinda Young [11331] at 3/15/2022 2:19 PM

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*
*MUELLER-ODOC-438*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 26 of 75

3/15/2022                    Mueller, Christopher C (MR#27162443) Printed by YOUNG, LUCINDA [11331]

Mueller, Christopher C (MRN 27162443) DOB: 10/24/1971 Encounter Date: 02/15/2022

medial collateral ligament. An area on the skin was delineated so that the circle of trust could be examined in the procedure.. Next, a timeout was performed, surgical site confirmed, and perioperative antibiotics were administered. Next, general anesthesia was administered and the airway was secured. The patient was then repositioned and all bony prominences well-padded. A tourniquet was placed on the patient's proximal thigh. The right lower extremity was then prepped and draped in usual sterile fashion. Next, 30 cc of LR were injected into the joint. Three small stab incisions were made around the joint, one proximal and lateral to the patellar tendon, the other two at the joint line, one medial and the other lateral to the patella tendon. The 30° arthroscope was then inserted into the joint and it was examined.

Examination of the patellofemoral compartment revealed grade 3 changes on the middle patella ridge, although small, and grade 4 changes in the trochlea; alignment was nearly anatomic. Examination of the medial compartment revealed a complex medial meniscus tear with a flap of the posterior horn displaced towards the notch, as well as a flap in the body displaced underneath. Of note, the root was stable. He did have grade 3 changes on the condyle.. Examination of the lateral compartment revealed intact lateral meniscus and articular surfaces.. Examination of the cruciate ligaments revealed intact ACL and PCL.

The knee was brought back into valgus. Using the combination of multiple different biting instruments, as well as a full-radius shaver, working through both medial and lateral portals, a partial medial meniscectomy was performed. This involved resecting the flaps, and then contouring the bodies to an anatomic contour and position. Once complete, a probe was inserted and the remaining meniscus was stable. I did have to debride back to the red-white zone. The root remained stable. A light chondroplasty on the articular surface.

Next, a full-radius shaver was inserted into the suprapatella pouch. A light synovectomy performed and a thorough lavage was completed. Based upon synovitis, 40 mg of Depo-Medrol, 4 mg of dexamethasone, and 30 mg of ketorolac were injected into the joint. Each of the portals were reapproximated with 3. 0 nylon suture. 30 cc of 0.25% Marcaine with epinephrine were injected subcutaneously. Xeroform dressing, light compressive dressing, and sterile wrap were placed. He was then brought out of general anesthesia and transferred to recovery room where Christopher was in satisfactory condition. All counts were correct prior to leaving the room. Dr. Gingold was present and scrubbed for the entire surgical procedure. There were no complications and he tolerated the procedure well. In the recovery room, Christopher was doing well. His foot was well perfused and he is comfortable. He can be weightbearing as tolerated with his crutches. Aspirin should be utilized for DVT prophylaxis. Christopher can be seen in the office in one week for suture removal. Supervised therapy will be necessary in this case only if he is struggling. The AA OS hip and knee exercises should be provided at his first postoperative visit. His MCL can be tested, and if he is symptomatic, a brace could be considered.

Of note, Bradley Munns, PA-C, was necessary for the success of the surgery. His participation for the challenging components of gaining access to each compartment, helping with scope management, preparing the patient for surgery, prepping the patient for surgery, and assist in wound closure were all essential for a good surgical outcome. The procedure could not have been done without him being physically present.

**Staff:**
Circulator Primary: Andrew Abesa, RN
Scrub Person: Annette Rockow, CST
Team Leader: Alexis Fairrington, RN; Cole Magnuson, RN

**Findings: 1. Complex medial meniscus tear with posterior horn flap and body flap**
**2. Grade III chondromalacia MFC**
**3. Grade 3/grade 4 changes in the PF J**
**4. Intact lateral compartment**
**5. Intact ACL/PCL**

**Estimated Blood Loss:** Minimal

Mueller, Christopher C (MRN 27162443) Printed by Lucinda Young [11331] at 3/15/2022 2:19 PM

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-439*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 27 of 75

3/15/2022                              Mueller, Christopher C (MR#27162443) Printed by YOUNG, LUCINDA [11331]

Mueller, Christopher C (MRN 27162443) DOB: 10/24/1971 Encounter Date: 02/15/2022

**Drains:** * No LDAs found *

**Total Fluids:**

Intraprocedure I/O Totals

   Intake

    lactated Ringer's infusion               700.00 mL

    ceFAZolin (Ancef) IVPB 2 g           50.00 mL

    **Total Intake**                   **750 mL**

**Specimens:**  No specimens were documented in this log.

**Implants:** * No implants in log *

**Complications:**  None; patient tolerated the procedure well.

**Disposition:** PACU - hemodynamically stable.

**Condition:** stable

**Primary Surgeon:** Brett Gingold, MD

Phone Number: 541-388-2333

Electronically signed by Brett Gingold, MD at 3/2/2022  5:12 PM

Admission (Discharged) on 3/2/2022

---

### Care Timeline

03/02 ⚲ ARTHROSCOPY RIGHT KNEE PARTIAL MEDIAL MENISCECTOMY

    ⚲ Discharged 1754

---

Mueller, Christopher C (MRN 27162443) Printed by Lucinda Young [11331] at 3/15/2022 2:19 PM

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-440*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 28 of 75

Fax Server            4/22/2022 11:41:38 AM   PAGE   6/007   Fax Server

3/15/2022                    Mueller, Christopher C (MR#27162443) Printed by YOUNG, LUCINDA [11331]

Mueller, Christopher C (MRN 27162443) DOB: 10/24/1971 Encounter Date: 02/15/2022



## St. Charles
### HEALTH SYSTEM

# Mueller, Christopher C
MRN: 27162443

| | Brett Gingold, MD | Brief Op Note | Date of Service: 3/2/2022 4:16 PM |
|---|---|---|---|
| | Physician | Signed | |
| | Orthopedics | | |

| Case Time: | Procedures: | Surgeons: |
|---|---|---|
| 3/2/2022 4:16 PM | ARTHROSCOPY RIGHT KNEE PARTIAL | Brett Gingold, MD |
| | MEDIAL MENISCECTOMY | |

Signed

### Brief Post-op Note

**Patient Name: Christopher C Mueller**
**DOB:** ▮▮▮▮▮
**MRN:** 27162443

**Surgeon:** Gingold, Brett I, MD

Pre-op Diagnosis:
Complex tear of medial meniscus, current injury, right knee, initial encounter

Post-op Diagnosis:
Complex tear of medial meniscus, current injury, right knee, initial encounter

Procedures:
 * ARTHROSCOPY RIGHT KNEE PARTIAL MEDIAL MENISCECTOMY

Additional Procedures / CPT:

**Findings / Complications: Flap Tear!**

**Estimated Blood Loss:** Minimal

Mueller, Christopher C (MRN 27162443) Printed by Lucinda Young [11331] at 3/15/2022 2:20 PM

https://epiccarelink.stcharleshealthcare.org/EpicCareLink-PRD/common/epic_main.asp
1/2

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-441*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 29 of 75

3/15/2022                          Mueller, Christopher C (MR#27162443) Printed by YOUNG, LUCINDA [11331]

Mueller, Christopher C (MRN 27162443) DOB: 10/24/1971 Encounter Date: 02/15/2022

**Specimens:**  No specimens were documented in this log.

**Primary Surgeon:** Brett Gingold, MD
Phone Number: 541-388-2333
Electronically signed by Brett Gingold, MD at 3/2/2022  5:06 PM

Admission (Discharged) on 3/2/2022

## Care Timeline

03/02  ◊  ARTHROSCOPY RIGHT KNEE PARTIAL MEDIAL MENISCECTOMY
       ◊  Discharged 1754

Mueller, Christopher C (MRN 27162443) Printed by Lucinda Young [11331] at 3/15/2022 2:20 PM

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*
*MUELLER-ODOC-442*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 30 of 75

Mueller,
Christophe C ""
DOS: 3/2/2022 DOB: 10/24/1971 (50 yrs)
MRN: 27162443 CSN: 119949765



Desert Orthopedics

## Post-Operative Discharge Instructions

### GENERAL DISCHARGE INSTRUCTIONS:

Call your doctor at 541-548-9159 if any of the following symptoms occur:
- New or increasing numbness of the operated extremity.
- Pain not mostly relieved by the prescribed dose of pain medication.
- Fever above 101.5 degrees or chills. A low grade temperature is normal.
- Drainage- yellow or white pus.
- Foul odor from the dressing site.
- Continuous bleeding from the incision site- a small amount is normal.
- Change in vision or speech.
- Calf pain.
- Shortness of breath.

### ACTIVITY:
DO NOT DRIVE UNTIL YOUR RECHECK APPOINTMENT IN THE OFFICE.
Elevate your operative extremity above the heart level for 2 days
Work/school:     YES _____     NO __✓__
Wiggle fingers or toes every few minutes while awake to enhance circulation.
AVOID SMOKING!! This prolongs your healing time.

### ACTIVITY:
✓Weight Bearing: ☐Full ☑full with assistive device ☐partial (50%) ☐ touch down     ☐ none
✓Range of Motion:☑Active  ☐ Active assist ☐Passive ☐NONE
          flex 90° ext O° forward elevate _-__ ext. rotate_____
✓ Use of extremity:     ☐ none   ☑ activities of daily living     ☐ as tolerated
          ☐ No lifting with surgical arm or elbow resistance for 6 week
Brace/Sling/Immobilizer: ☐ full extension _____degrees _____weeks
          ☐ on at all times ☐on at rest ☐on when up
✓Crutches/Walker:     ☑ _____1-2_____weeks   ☐ ween off as tolerated
☑Move your wrist/ fingers / toes frequently
☑Elevate extremity frequently and when at rest

### PHYSICAL THERAPY:
☐ None    Begin next week: Please call to schedule an appointment   ☑Home exercises as instructed

### DIET:
✓Resume your regular diet as tolerated; as discussed pre-operatively
✓ Avoid smoking/tobacco!! This prolongs healing time

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK
MUELLER-ODOC-455

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 31 of 75

**WOUND CARE:**

✓ Keep dressings clean and dry

✓ You may remove dressings in 3-5 days; **do not** remove butterfly strips

✓ Continue with daily dressing changes as long as there is any drainage from incision(s)

✓ Elastic wraps may be loosened or tightened as needed

No ointments on incision(s) please

**ICE:**

☑ Apply ice to operated area 20 minutes on/off for the first 48 hours; then when at rest and as needed for swelling and pain

☐ Apply Polar care unit to operated area 1 hour on/off for the first 48 hours; then when at rest and as needed for pain/swelling

☐ Do not apply ice/polar care pad directly on the skin

**SHOWERING:**

✓ A plastic garbage bag or Saran 'Press-n-Seal' over the dressing works well and is permitted to shower

✓ Do not get dressing wet. Please call your surgeon if the dressing gets wet or dirty

✓ May shower uncovered after 5 days if incision is dry

**MEDICATIONS:**

✓ Take medications previously discussed and as prescribed

✓ Pain medications can cause drowsiness, nausea, itching, and constipation. Taking pain medication with food will decrease the chance of nausea

✓ Drink several glasses of water/fluids and eat a balanced diet

✓ **Do not** consume alcohol while taking narcotics

Pain catheter: If in place, remove it in 48 hours. Find the small tubing and release the tape securing it. Grasp the tubing and gently pull on it to remove. There is no stitch holding it in.

✓ If tolerable, begin Aspirin 325 mg twice a day for 7 days; starting tomorrow morning.

**FOLLOW UP:**

call to make appointment in _____ days in office    as previously scheduled ___as previously scheduled___

Physician: _____ **Redmond/ Bend 548-9159**

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-456*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 32 of 75



Oregon Department of Corrections

# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 2/24/22 | 0900 | nurse | pt called and instructed to D/C NSAIDs prior to knee sx. pt verbalized understanding _____ KROSM |
| 2/28/22 | @1135 | lab | Hologic COVID test done _____ HJ |
| 3/1/22 | 0700 | INFC | Rapid covid test completed. _____ lm |
| 3.1.22 | 2230 | nurse | Told NPO. Given red soap + yellow card to shower tonight + in a.m. _____ L Rivera RN — |
| 3.2.22 | 1900 | nurse | Returned from ℝ knee surgery. A+O x3. 98⁴, 146/95, HR 90, 95%. Given a WC., crutches, norco, + miralax. Let medical know if fever, or increased pain. Take big breaths to clear lungs. Use crutches on unit. See orders. OK to return to unit. Dressing clean / intact. _____ L Rivera RN — |
| 3/3/22 | 1445 | nurse | pt NS provider appt. Notified of not freed appt NS. _____ |
| 3.4.22 | 0940 | nurse | Pt dressing in place and covered with Ace wrap. Pt states "your surgeon wanted to be the one to take it off" Ø drainage noted, pt able to stand and ambulate with minor pain reported but pt states "its doing good overall". Pt does request toradol IM. 30mg Toradol given IM in ℝ glutes pt tolerated well. _____ M. Eld RN — |

Allergy NKDA

MUELLER, CHRISTOPHER C.
22475590

CD 495H (12-07)

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK

MUELLER-ODOC-307

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 33 of 75



Attachment 3
P-A-02.1

## PROVIDER'S RETURNING INFORMATION

Diagnosis and Findings:

3/2/22 : S/1P (R) medial partial meniscectomy

AROM : (R) knee = 3° - 80°

strength: extension lag c̄ SLR
(R) hyperextension = 3+/5
Gait: ambulates c̄ crutches, PWB

Provider's Recommendations/Orders (Do not mention any specific follow up dates or times to the adult-in-custody/patient for security reasons):

Instructed in HEP of Seated hamstring and gastroc stretches, Quad sets, SLR, prone leg lifts. 3x day, 20' reps

Advised to ice 2x day, 15 min, wBAT, frequent breaks.

Community Provider's Signature: _____  Date: 3/10/22

**PLEASE REMEMBER TO SEND/FAX A COPY OF YOUR WRITTEN REPORT TO THE REFERRING ODOC PHYSICIAN**

### POST CONSULT DOC COMMENT SECTION (Institution Use Only)

☐ Community Provider Orders Reviewed by Nursing with ODOC Provider for Urgent Needs:

☒ No Urgent Needs          ☐ Urgent Needs, Orders Transcribed

ODOC Nursing Signature: _____  Date: 3-1?v 22 Time: 2100

☐ Orders Approved

☐ Orders Denied

☐ To TLC

Comments: _____

ODOC Provider: _____  Date: _____

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-448*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 34 of 75



  

**Attachment 3**
P-A-02.1

## OREGON DEPARTMENT OF CORRECTIONS
## HEALTH REFERRAL OUTSIDE AGENCY

| To: | |
|---|---|
| Sarah Tonna M.S.P.T<br>Contractor<br>Physical Therapy<br>DRCI | Appt. Date: 3/10/22   Time: 1230<br>Institution: _____<br>Contact Provider: _____<br>Institution Approval: ☐N/A  ☐TLC<br>Phone: _____  Fax: _____ |

☐Stat (Today)  ☐Urgent (1-3 Days)  ☐Priority (4-14 Days)  ☐Routine (<6 Weeks)  ☐Extended (< 12 Weeks)

**Diagnosis or Reason for Referral:**

s/p (R) medial PTE (partial)
menisctomy 3/2/22

**Specific Service Requested:**

_____
_____
_____
_____
_____

**Special Equipment Needed for Transport:** ☐O2 ☐Wheelchair ☐Stretcher ☐Interpreter_____ ☐Other_____
**Data to be sent with patient:**

☐ Lab    ☐ X-Ray    ☐ Chart Note   ☐ Dr. Orders   ☐ MAR   ☐ Other _____

**COMMUNITY PROVIDERS-Please write notes to Institution Physician on reverse side of this form**

### SPECIFIC TREATMENTS AUTHORIZED

☐ Emergency Care
☐ Consultation Only
☐ Treatment Only
☐ Consultation & Treatment
☐ Laboratory Diagnostics

☐ Radiographic Diagnostics
☐ Surgery
☐ Special Procedure_____
☐ Other _____

AUTHORIZED/COVERED SERVICES ARE MARKED ABOVE
UNAUTHORIZED TREATMENT MAY NOT BE COVERED

**Please send HCFA 1500/UB 04 Claim form for today's services to:**

Correctional Health Partners
Oregon Department of Corrections
PO Box 91870
Elk Grove Village, IL 60009-1870
Claims Phone Number: 1-866-932-7185

Thank you for your interest in our patient. If you have any concerns with this patient, please contact us.

INSURANCE BILLING PATIENT INFORMATION

Mueller, Christopher
22475590
███████

Date Form Prepared:_____

Form Prepared By:_____

**PLEASE FILL OUT ALL SECTIONS OF THIS FORM COMPLETELY AND ACCURATELY**

CD 491H 10/2021

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-449*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 35 of 75

Attachment 3
P-A-02.1

**PROVIDER'S RETURNING INFORMATION**

Diagnosis and Findings:

S/P (R) knee AB PMM. Doing well

Incisions healing — sutures removed. Mantain steristrips x 3-5

days. May shower normal.

ROM — full ext 5 ~ 120 flex. No S×s VTE

Provider's Recommendations/Orders (Do not mention any specific follow up dates or times to the adult-in-custody/patient for security reasons):

- WBAT, motion as tolerated

Expect ongoing unremarkable recovery. Follow up

PRN of this point

Community Provider's Signature: _____     Date: 3/11/22

**PLEASE REMEMBER TO SEND/FAX A COPY OF YOUR WRITTEN REPORT TO THE REFERRING ODOC PHYSICIAN**

**POST CONSULT DOC COMMENT SECTION (Institution Use Only)**

☐ Community Provider Orders Reviewed by Nursing with ODOC Provider for Urgent Needs:

    ☒ No Urgent Needs    ☐ Urgent Needs, Orders Transcribed

ODOC Nursing Signature: _____     Date: 3/11/22     Time: 15⁰⁰

☐ Orders Approved

☐ Orders Denied

☐ To TLC

Comments:

ODOC Provider: _____     Date: 3/14/22

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-446*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 36 of 75

Fax Server          4/22/2022 12:02:46 PM   PAGE   3/005   Fax Server



**Patient:**     **283996 - CHRISTOPHER MUELLER**
**DOB:**
**SSN:**

**Date:**        03/11/2022 08:40
**Provider:**    Munns, Jonathan Brad PA-C
**Encounter:**   DO POST OPERATIVE APPT

## CHIEF COMPLAINT
The Chief Complaint is: Frist post op. Surgery 3/2/22- 9 days out doing very well. Did first PT
session yesterday with no issues.

## HISTORY OF PRESENT ILLNESS
CHRISTOPHER MUELLER is a 50 year old male.
• Allergy list reviewed • Medication list reviewed

Chris presents today with a officer from Deer Ridge. He is 9 days status post right knee
arthroscopic partial medial meniscectomy and chondroplasty. He is doing very well. Pain is
controlled. He is doing physical therapy. Still ambulates with a walker but feels that he may be
able to do so without. Denies shortness of breath or calf pain.

## SURGICAL HISTORY
Prior surgery
3/2/22- Right knee.

## CURRENT MEDICATION
• busPIRone HCl 15 MG Oral Tablet  0 days, 0 refills
• Clobetasol Propionate 0.05% External Cream  0 days, 0 refills
• CVS Melatonin 5 MG Oral Tablet  0 days, 0 refills
• CVS Omeprazole 20 MG Oral Tablet Delayed Release Disintegrating  0 days, 0 refills
• CVS Vitamin D 2000 units Oral Capsule, conventional 2000 units  0 days, 0 refills
• HYDROcodone-Acetaminophen 5-325 MG Oral Tablet 1-2 po q4-6 hrs prn pain, 7 days, 0
refills
• Ondansetron HCl 4 MG Oral Tablet 1-2 tabs PO q 6-8 hours prn nausea or 15 min prior to pain
medication dose, 5 days, 1 refills
• Sertraline HCl 100 MG Oral Tablet  0 days, 0 refills
• traZODone HCl 150 MG Oral Tablet  0 days, 0 refills
• Vistaril 25 MG Oral Capsule 1 by mouth every 6-8 hours as needed for pain/anxiety or to help
sleep. Best if taken 15 min prior to pain medicine., 7 days, 0 refills

## ALLERGIES
• No Known Allergies

## REVIEW OF SYSTEMS
A 10 point review of symptoms was performed by the patient at check-in. Patient denies all
symptoms except as noted above.

Page 1

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*
MUELLER-ODOC-435

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 37 of 75



**Patient:**   **283996 - CHRISTOPHER MUELLER**
**DOB:**
**SSN:**

**Date:**      **03/11/2022 08:40**
**Provider:**  **Munns, Jonathan Brad PA-C**
**Encounter:** **DO POST OPERATIVE APPT**

## SOCIAL HISTORY

Tobacco use: No tobacco use.
Alcohol: Alcohol use 0.
Drug Use: Not using marijuana currently and not using CBD currently.
Work: Retired from work.
Activities: Recreational activities Walking and lifting.

## PHYSICAL FINDINGS

- Vitals taken 03/11/2022 08:35 am

| | |
|---|---|
| Height | 72 in |
| Weight | 225 lbs |
| Body Mass Index | 30.5 kg/m2 |
| Body Surface Area | 2.24 m2 |

- Vitals taken 03/11/2022 08:35 am

| | |
|---|---|
| Height | 72 in |

## MISCELLANEOUS

This note was generated by Dragon voice recognition software. Minor inconsistencies may be present. If questions arise regarding content of this note, please contact Provider office for clarification. .

## OBJECTIVE

CONSTITUTION: Appears well-nourished, well-developed and is in no acute distress.
HEENT: Normocephalic and atraumatic. EOMs grossly intact.
NECK: Supple with no visible lymphadenopathy.
PULMONARY: Symmetrical chest expansion without audible wheeze. No cyanosis or pallor.
CARDIOVASCULAR: Distal pulses are 2+ and regular. Brisk capillary refill.
BEHAVIOR/PSYCH: Alert and oriented x3. Normal affect
EXTREMITIES:

Right knee examination demonstrates healing arthroscopy portals with no erythema, drainage, dehiscence. There is some ecchymosis especially along the medial side which is slightly tender but otherwise unremarkable. There is a trace effusion. She has full extension both actively and passively with a 4+/5 quadriceps. Flexion to about 115 -120 degrees before a tight sensation to the anterior knee. No calf pain. Negative Homan. No distal motor or sensory deficits.

## DIAGNOSIS

9 days status post right knee arthroscopy with partial medial meniscectomy.

Page 2

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*
*MUELLER-ODOC-436*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 38 of 75

Fax Server          4/22/2022 12:02:46 PM   PAGE    5/005    Fax Server



**Patient:**    **283996 - CHRISTOPHER MUELLER**
**DOB:**
**SSN:**

**Date:**      **03/11/2022 08:40**
**Provider:**  **Munns, Jonathan Brad PA-C**
**Encounter:** **DO POST OPERATIVE APPT**


## ASSESSMENT & PLAN

9 days status post right knee partial medial meniscectomy with Dr. Gingold. He also had a chondroplasty for grade 3 patellar chondromalacia and grade 4 trochlea. His lateral compartment was excellent. He is doing quite well. He can continue with weightbearing as tolerated and discontinue his crutches as he feels comfortable. He no longer needs to use any compressive wrap but can do so if he wishes. His incisions are healing and are unremarkable for any signs of infection. He is negative for VTE concerns. His range of motion thus far is pretty good but continue with physical therapy for maximizing range of motion as well as eventual strengthening. He will return to more normal activities over the coming 4 to 6 weeks as able. I do anticipate this is his last visit as his postoperative course is certainly on track. He will follow-up if issues arise however. All questions answered today. Arthroscopy photos reviewed.

*Deer Ridge patient*


## CARE TEAM

Corrections Deer Ridge            Primary Care


**Jonathan Brad Munns PA-C**
**Electronically signed by: Brad Munns PA-C    Date: 03/11/2022 08:52**


**Electronically approved by: Brad Munns PA-C    Date: 03/11/22 08:52**

Page 3

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-437*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 39 of 75

Oregon Department of Corrections
## Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 3/4/22 | | | Per f/up evaluation. [illegible] well. [illegible] neuro [illegible] stable. [illegible] to [illegible]. Pt 1-2 visits [illegible] instruct[ion] |
| 3/5/22 | @ 0915 | S | "I didn't come up for my pain med this Am - I should have." |
| | | O | here for check up on knee surgery done on 3-2-22. Ace wrap loose - Dsg CDI, cms to ® foot WNL - rewrapped ace wrap. Afebrile, Toradol 30 mg injection given to ℗ glut. Pt tolerated well. |
| | | A | SP knee surgery / alt in comfort / alt in mobility |
| | | P | cont c current POC. Pt to inform HS if any new symptoms, concerns arise. —— M.[illegible] |
| 3/6/22 | 0800 | Nurse | ® knee dsng CDI. Pt reports pain well controlled. Using crutches for ambulation on unit & W/C for long distances. RTC PRN. —— [illegible] |
| 3/7/22 | 0900 | Nurse | ℗ knee drsng CDI. Wnds cleansed c D/C. AAA ont bandaids applied. ace. wrap. —— [illegible] |
| 3/9/22 | 0800 | Nurs | ℗ knee stab wnds cleansed c D/C. bandaids applied. New 6" ace wrap applied. Pt to return old ace wrap. —— [illegible] |
| 3/10/22 | 1030 | Lab | Rapid Covid PCR completed ( —— [illegible] |
| 3/14/22 | 0800 | B/ | Pt s/p ® knee pain - req Naprosyn → Naprosyn Per protocol. W/C & crutches returned. —— [illegible] |

Mueller, Christopher
22475590
▮▮▮▮

Allergy _____

CD 495H (12-07)

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK

MUELLER-ODOC-306

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 40 of 75

Attachment 3
P-A-02.1

## PROVIDER'S RETURNING INFORMATION

Diagnosis and Findings:

S: He saw Dr. who said he can walk without crutches. He is icing more. His knee is sore but less sore than yesterday.

O: AROM (R) knee: 0° - 122°
mild swelling inferior anterior joint
no extension lag

A: good improvement in one week

Provider's Recommendations/Orders (Do not mention any specific follow up dates or times to the adult-in-custody/patient for security reasons):

Instructed in HEP of sidelying abduction holds 2x30", supine bridge (back of legs on chair), stand gastroc stretch - 15" x3, stand heel raises 2x10

Advised to bike 10 minutes atleast 1x day.

Recommend 2 more visits to progress to squats and stair training.

Community Provider's Signature: _____  Date: 3/15/22

### PLEASE REMEMBER TO SEND/FAX A COPY OF YOUR WRITTEN REPORT TO THE REFERRING ODOC PHYSICIAN

### POST CONSULT DOC COMMENT SECTION (Institution Use Only)

☐ Community Provider Orders Reviewed by Nursing with ODOC Provider for Urgent Needs:

☒ No Urgent Needs        ☐ Urgent Needs, Orders Transcribed

ODOC Nursing Signature: _____  Date: 3-15-22  Time: 1130

☐ Orders Approved

☐ Orders Denied

☐ To TLC

Comments: currently no in Low AT.

ODOC Provider: _____  Date: 3/17/22

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK

MUELLER-ODOC-444

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 41 of 75

Case 3:22-cv-00785-AP    Document 25    Filed 05/30/23    Page 49 of 83

# NON-EMERGENCY HEALTH CARE REQUEST

Christopher Mueller 22475590    F113B    3/23/22
Name                State ID#              Housing        Date

## Medications:
❏ I have not received my prescription
❏ My prescription is about to expire
❏ My prescription is not helping

## Glasses
❏ Eye exam for glasses
❏ Repair

## Vaccines
❏ Hepatitis A/B
❏ Flu
❏ Pneumonia
❏ Shingles
❏ HIV Test
❏ Hepatitis C Test

## Other Function
❏ BP check
❏ Test result request
❏ Is my appointment still scheduled?
☒ Other issues – not sick:
_____
_____

Health Care request, issue, concern, or sickness:

Dr. Beckner:
I am currently on a bottom bunk & lower tier restriction due to the knee injury and subsequent surgery I recently had. Last week the physical therapist told me I was now cleared to go up and down stairs. She said it may be good for my physical therapy in fact.
Will you please remove the lower tier restriction from my file?
I do however want the bottom bunk restriction to remain as I am not able to climb ladders or willing to risk additional injury to my knee (the ladder is how my knee was originally injured).
Thank you.

We have taken the following actions in response to your health service request:

❏ You will be scheduled to see: ○Provider    ○Nursing staff

❏ Your request has been forwarded to: ○Manager    ○○Optometry    ○Support Services    ○ BHS
                                      ○Pharmacy Technician ○See attached health education handout

Additional Comments: Your bottom tier restriction was reviewed and not lifted at this time. You were approved for additional PT, including stair training before your restrictions lift. Thank You.

Responder's Signature: _____    Date: 3-24-22

CD 1738 9/2016

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*
*MUELLER-ODOC-559*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 42 of 75

# NON-EMERGENCY HEALTH CARE REQUEST

*Christopher Mueller*    22475590    F113B    3/28/22
Name                    State ID#          Housing        Date

**Medications:**
☐ I have not received my prescription
☐ My prescription is about to expire
☐ My prescription is not helping

**Glasses**
☐ Eye exam for glasses
☐ Repair

**Vaccines**
☐ Hepatitis A/B
☐ Flu
☐ Pneumonia
☐ Shingles
☐ HIV Test
☐ Hepatitis C Test

**Other Function**
☐ BP check
☐ Test result request
☐ Is my appointment still scheduled?
☒ Other issues – not sick:
   *Knee pain*

Health Care request, issue, concern, or sickness:

*Over the course of the past week the pain
in my right knee has been getting worse.
I had surgery on this knee three weeks ago.
May I please see the Doctor ASAP?
Thank you*

We have taken the following actions in response to your health service request:

☑ You will be scheduled to see: ○Provider    ◉Nursing staff

☐ Your request has been forwarded to: ○Manager    ○Optometry    ○Support Services    ○BHS
                              ○Pharmacy Technician    ○See attached health education handout

Additional Comments: _____

RECEIVED
MAR 2 9 2022

Responder's Signature: *Mueller*                    Date: *3/29/02*

CD 1738 9/2016

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*
*MUELLER-ODOC-557*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 43 of 75

# NON-EMERGENCY HEALTH CARE REQUEST

Chris Mueller    22475590    F-113 B    4/3/22

Name                State ID#        Housing        Date

**Medications:**
☐ I have not received my prescription
☐ My prescription is about to expire
☐ My prescription is not helping

**Glasses**
☐ Eye exam for glasses
☐ Repair

**Vaccines**
☐ Hepatitis A/B
☐ Flu
☐ Pneumonia
☐ Shingles
☐ HIV Test
☐ Hepatitis C Test

RECEIVED
APR 04 2022

**Other Function**
☐ BP check
☐ Test result request
☐ Is my appointment still scheduled?
☒ Other issues – not sick:
    Knee pain
    extreme

Health Care request, issue, concern, or sickness:

I saw the sick call nurse on 3/31/22 re! the pain in my right knee, He said I'd be seen again in 2 wks. I can't wait that long as the pain in my right knee (the knee I had surgery on 4 wks ago) has gotten unbearable. I'm exceeding the max doses of ibuprofen and tylenol and putting ice on my knee all the time and getting little to no relief.

I'm concerned that something is seriously wrong May I see the Doctor ASAP. Thank you.

We have taken the following actions in response to your health service request:

☒ You will be scheduled to see: ○Provider    ☒Nursing staff

☐ Your request has been forwarded to: ○Manager    ○Optometry    ○Support Services    ○ BHS
                                      ○Pharmacy Technician ○See attached health education handout

Additional Comments: _____

Responder's Signature: _____ RMonty RN _____    Date: 4/4/22

CD 1738 9/2016

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK

MUELLER-ODOC-555

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 44 of 75



Oregon Department of Corrections

# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 3/23/22 | 2:45p | Sick | last month had meniscus surgery - had pt. over the last week week. PT was 2 weeks ago. thought there was more ordered. o) pt ambulate c̄ issue Rt. knee slightly warmer than (L). Rt slightly warm than Left. A) Altered comfort, D) pt has c/o possible 2 pt/sessions. pt sees provider in 2 weeks. M____ |
| 4/9/22 | 1515 | Nurse Sick call | pt arrives ambulatory, slight limp. States S recent ® knee surgery and completed PT and thought it was better but now knee is swollen and does not feel that it is progress O like it was. Vs 150/89, 98.5, 76, 16, 98% RA ® knee appears swollen, pink, warm denies numbness or tingling. Lateral fluid filled cyst noted approximately the size of a cherry. C/o medial pain to knee A when walking. Alteration in comfort R/T P ® knee. Requesting recheck c̄ provider. Crutches given, Instructed to Rest, Ice, elevate and take pain meds available on unit. Appt c̄ provider made, instructed to notify medical c̄ questions, concerns or ∆'s to condition. C. Kelleher |
| 4/7/22 | 0930 | a?? | S: ® knee meniscus repair 4 wks ago. ↑ swelling x 2 wks. Works as tutor in education. O: ambulatory c̄ mild limp ® knee + edema - erythema - warmth wounds well healed. A: edema ® knee s/p surg |

Mueller, Christopher
22475590

Allergy _____

CD 495H (12-07)

  

Attachment 3
P-A-02.1

### OREGON DEPARTMENT OF CORRECTIONS
### HEALTH REFERRAL OUTSIDE AGENCY

| To: | Desert Orthopedics<br>1315 NW 4th St.<br>Redmond, OR 97756<br>(541) 548-9159 | Appt. Date: 5/10/22 Time: 2:15 PM<br>Institution: Deer Ridge Correctional Facility<br>Contact Pro John Battle, NP/Dr. Leland Beamer<br>Institution, Scheduling: 541-325-5790<br>RN line: 541-325-5195<br>Phone: ___ Medical Records: 541-325-5191<br>Fax: 541-325-5915 |

☐ Stat (Today)  ☐ Urgent (1-3 Days)  ☐ Priority (4-14 Days)  ☐ Routine (<6 Weeks)  ☐ Extended (< 12 Weeks)

**Diagnosis or Reason for Referral:**

Post-op pain.

883.206A

**Specific Service Requested:**

Evaluate + treat — follow up p̄ surgery

99214

**Special Equipment Needed for Transport:** ☐O2 ☐Wheelchair ☐Stretcher ☐Interpreter_____ ☐Other_____

**Data to be sent with patient:**

☐ Lab    ☐ X-Ray    ☐ Chart Note    ☐ Dr. Orders    ☐ MAR    ☐ Other _____

**COMMUNITY PROVIDERS-Please write notes to Institution Physician on reverse side of this form**

### SPECIFIC TREATMENTS AUTHORIZED

☐ Emergency Care           ☐ Radiographic Diagnostics
☐ Consultation Only        ☐ Surgery
☐ Treatment Only           ☐ Special Procedure_____
☐ Consultation & Treatment ☐ Other _____
☐ Laboratory Diagnostics

AUTHORIZED/COVERED SERVICES ARE MARKED ABOVE
UNAUTHORIZED TREATMENT MAY NOT BE COVERED

**Please send HCFA 1500/UB 04 Claim form for today's services to:**

Correctional Health Partners
Oregon Department of Corrections
PO Box 91870
Elk Grove Village, IL 60009-1870
Claims Phone Number: 1-866-932-7185

8/15

X 220421000378

| Mueller, Christopher<br>22475590 | ...TION |

Thank you for your interest in our patient. If you have any concerns with this patient, please contact us.

Date Form Prepared: 4/11/22

Form Prepared By: _____

**PLEASE FILL OUT ALL SECTIONS OF THIS FORM COMPLETELY AND ACCURATELY**

CD 491H 10/2021



# Desert Orthopedics

### PRAXIS HEALTH

**East Bend**
1342 NE Medical Center Dr., Suite 100
Bend Oregon 97701
Phone: (541) 388-2333
Fax: (541) 388-0930

**West Bend**
1140 SW Simpson Ave
Bend Oregon 97702
Phone: (541) 388-2333
Fax: (541) 388-0930

**Redmond**
1315 NW 4th Street
Redmond Oregon 97756
Phone: (541) 388-2333
Fax: (541) 388-0930

☒ Physical Therapy
☐ Occupational Therapy

Patient Name: CHRISTOPHER MUELLER
DOB: ███████
Diagnosis Code: S83.231d
Date: 5-10-2022
Body Part: : S/P RIGHT PMM (MMT)

## Treatment Goals
☒ Decrease Pain    ☒ Increase strength & Endurance    ☒ Decrease Swelling
☒ Improve function  ☐ Return to work safely    ☒ Increase range of motion

## Precaution/weight bearing:

| Evaluations | Modalities | Exercise |
|---|---|---|
| ☒ Evaluate and treat | ☒ As needed | ☐ Gait training/crutch |
| ☐ Plantar fascia/heel stretching | ☐ Ultrasound | ☒ Home exercise program |
| ☒ ROM: PROM/ AAROM/ AROM | ☐ Taping | ☐ Strengthening/job exercises |
| ☐ ACL Protocol | ☐ Iontophoresis | ☐ Spine stabilization |
| ☐ RC Repair Protocol | ☐ Tens | **Splinting** |
| ☐ Impingement Syndrome | ☐ Traction | ☐ Thermoplastic |
| ☐ LRTI / Trapeze Protocol | ☐ Acupuncture | hand-based |
| ☐ Other: | forearm-based | |

☒ Other: core / hip / quad control

## Work Comp
☐ PCE I      ☐ Work Conditioning
☐ PCE II    ☐ Work Hardening
☐ WCE

Frequency/Duration: 2    visits per week for:  4 weeks

**Electronically signed by: Brett I. Gingold MD**
**Special Instructions:**
Prior to making your first physical therapy appointment you should call your insurance company to verify your coverage level. Take this prescription order to your first appointment.

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-433*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 47 of 75

**Demographics**
CHRISTOPHER MUELLER
3920 E Ashwood Rd

Madras, OR 97741-9703
(541) 325-5790

**Insurance**
Correctional Health Partners
22475590
CHRISTOPHER  MUELLER

PO BOX 91870
Elk Grove Village, IL 60009-1870

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-434*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 48 of 75

Fax Server        5/10/2022 3:16:16 PM    PAGE    1/002    Fax Server



## Desert Orthopedics

PRAXIS HEALTH

**Eastside:**
1342 NE Medical Center Dr Ste 100
Bend, OR 97701
(541) 388 - 2333

**Westside:**
1140 SW. Simpson Ste 100
Bend, OR 97702
(541) 388 - 2333

**Redmond:**
1315 NW 4th Street
Redmond, OR 97756
(541) 388 - 2333

**Patient:**    **CHRISTOPHER MUELLER**
**Date of Birth:**
**SSN (last 4 #):**

Received
ORCM
Health Services

**Visit Date:**    **05/10/2022**
**Attending Provider:**    **Brett I. Gingold MD**
**Referring Provider:**    **Corrections Deer Ridge**

### Chief Complaint
The Chief Complaint is: Right knee 2 month post op. Surgery 3/2/22- been sore, has some fluid on the outside of the knee for the last 6 weeks.

### History of Present Illness
CHRISTOPHER MUELLER is a 50 year old male.
• Allergy list reviewed • Medication list reviewed

Chris returns to the office today with the security guard for follow-up of his right knee surgery. He is 2 months out from arthroscopic partial meniscectomy, but at the time chondromalacia was noted. He complains of pain and swelling in the right knee. Initial 2 weeks after surgery went very well with his crutch use, but then things went south after 2 sessions of physical therapy. He now complains of pain and swelling in the right knee. Most of his symptoms are deep in the joint. He has been using ibuprofen and Tylenol intermittently and any type of rehabilitation and exercises has been truly intermittent.

### Past Medical/Surgical History
**Reported:**
Patient denies any past medical history.

### Surgical History
Prior surgery
3/2/22- Right knee.

### Current Medication
• busPIRone HCl 15 MG Oral Tablet  0 days, 0 refills
• CVS Omeprazole 20 MG Oral Tablet Delayed Release  0 days, 0 refills
• CVS Vitamin D 2000 units Oral Capsule, conventional 2000 units  0 days, 0 refills
• hydroCHLOROthiazide Powder  0 days, 0 refills
• Zoloft Oral Tablet  0 days, 0 refills

### Allergies
• **No Known Allergies**

### Review Of Systems
A 10 point review of symptoms was performed by the patient at check-in. Patient denies all symptoms except as noted above.

SSD # 22475590

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-428*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 49 of 75



**Patient Name: CHRISTOPHER MUELLER**                    Date: 05/10/2022

## Social History
Tobacco use:  No tobacco use.
Alcohol: Alcohol use  0.
Drug Use: Not using marijuana currently  and not using CBD currently.
Work: Retired from work.
Activities: Recreational activities  Walking and lifting.

## Physical Findings
- **Vitals taken 05/10/2022 01:03 pm**

| | | |
|---|---|---|
| Height | 72 in | 64 – 74 |
| Weight | 235 lbs | 125 – 225 |
| Body Mass Index | 31.9 kg/m2 | |
| Body Surface Area | 2.28 m2 | |

## Miscellaneous
This note was generated by Dragon voice recognition software. Minor inconsistencies may be present. If questions arise regarding content of this note, please contact Provider office for clarification. .

## Objective
50-year-old young man who is in no acute distress today.  A closer examination of the right knee reveals that he does have a slightly antalgic gait.  He does not have an effusion today.  His incisions are well-healed and the skin is intact.  He has full extension to about 125 degrees of flexion.  He has medial and lateral joint line tenderness.  His quad today is a 4.  There is crepitance under the patella.  His thigh and calf are soft and nontender.  His calf is particularly soft and nontender.  He is stable in the coronal plane.  He is stable in the sagittal plane.  His distal motor and sensory exams are intact.

## Diagnosis
50-year-old inmate at Deer Ridge now 2 months out from arthroscopy of the right knee and partial meniscectomy.

## Assessment & Plan
I spent 15 minutes with Christopher and his security guard. This included reviewing any diagnostic studies, laboratory tests and results, past medical history and office notes, and time spent with the patient in consultation.   We will go ahead and proceed with non-operative care.  At this juncture, I think perhaps his quadricep weakness and underlying chondral changes are the source of his symptoms.  I do not suspect any new structural pathology.  My suggestion would be the use of an oral anti-inflammatory and continue rehabilitation and therapy.  I suggested meloxicam daily and supervised therapy for now.  If there is no improvement, he can return to the office on an as-needed basis and a steroid injection could be considered.  Otherwise, I think he will be just fine long-term.

**Care Team**
**Corrections Deer Ridge**          **Primary Care**


**Electronically Signed By:**
**Brett I. Gingold MD**

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-429*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 50 of 75

Attachment 1
P&P P-A-02.1

Oregon Department of Corrections
## THERAPEUTIC LEVEL OF CARE

TO:   Clinical Medical Director/Dental Director            Date: 5/17/22

FROM: _____ John Bathe _____

INSTITUTION NAME: _____ ORCI _____

SUBJECT: Prior Authorization for Medical/Dental/Surgical Procedure or Treatment

Release Date: 6/17/24

Diagnosis: s/p meniscus repair

Level: _____

How long has the patient had this diagnosis? _____

Treatment Proposed: PT 2/wk x 4 wks per ortho
has had PT x 2

Factors for consideration, discuss as appropriate.

1.    Urgency of need vs. time of sentence left.
2.    Overall necessity, re: morbidity, mortality and functional disability.
3.    Pre-existing condition prior to incarceration.
4.    Risk/Benefit
5.    Cost/Benefit
6.    Alternatives
7.    Pain complaints/pain behavior

Committee comments and recommendation:

1/wk x 4 wks

☐ Patient Purchase – Debt         ☐ Patient Purchase – Pay in Advance

Date reviewed: 5/17/22

_____
Committee Signature                     Mueller, Christopher
                                        22475590

_____
Committee Signature

_____
Committee Signature

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-430*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 51 of 75



# TLC Decision Communication
### Health Services

The Therapeutic Level of Care (TLC) Committee met recently to discuss your medical issue. The medical procedure or request of / El Comité de Nivel Terapéutico de Atención (TLC) se reunió recientemente para analizar su problema médico. El procedimiento médico o solicitud de:

Physical therapy

[ X ]  Was approved by the TLC Committee / Fue aprobado por el Comité TLC

[    ]  Was not approved by the TLC Committee / No fue aprobado por el Comite TLC

If you would like to discuss the outcome of the TLC decision with your provider, please send a communication form to Medical Services. / Si desea analizar el resultado de la decisión de la TLC con su proveedor, envíe un formulario de comunicación a Servicios médicos.

Thank you / Gracias

Date/Fecha:    5/17/22

Signature of Health Services Staff / Firma del Personal de Servicios de Salud:
Beamisha
HIS

AIC Name:
SID:    Mueller, Christopher
DOB:    22475590
█████

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*
*MUELLER-ODOC-554*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 52 of 75



**Attachment 3**
P-A-02.1

## PROVIDER'S RETURNING INFORMATION

**Diagnosis and Findings:**

S: Patient reviewed his history with me and his increased pain and edema 2-3 weeks after surgery. He also reports he is doing much better now that he took about 3 weeks off.
O: Patient has mild joint effusion in his right knee. He is currently doing his exercises 5-6 days a week. ROM is within 8° of (L) knee in flexion and he had good full knee extension. We reviewed his daily exercise

**Provider's Recommendations/Orders (Do not mention any specific follow up dates or times to the adult-in-custody/patient for security reasons):**

routine and changed a couple of things but he is doing well. Pain is not an issue and his gait is normal.
A: Progressing well.
P: F/U in 2-4 weeks 4 weeks or as able.

Community Provider's Signature: _____ Date: 5-19-22

**PLEASE REMEMBER TO SEND/FAX A COPY OF YOUR WRITTEN REPORT TO THE REFERRING ODOC PHYSICIAN**

---

### POST CONSULT DOC COMMENT SECTION (Institution Use Only)

☐ Community Provider Orders Reviewed by Nursing with ODOC Provider for Urgent Needs:

    ☐ No Urgent Needs      ☐ Urgent Needs, Orders Transcribed

ODOC Nursing Signature:_____ Date:_____ Time:_____

☐ Orders Approved

☐ Orders Denied

☐ To TLC

Comments:

ODOC Provider:_____ Date: 6/21/22

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-426*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 53 of 75





**Attachment 3**
P-A-02.1

## OREGON DEPARTMENT OF CORRECTIONS
### HEALTH REFERRAL OUTSIDE AGENCY

To: *Jeff Snell*
*Contracted p.t.*

Appt. Date: ~~16~~ 5/19/22 Time: _____

Institution: Deer Ridge Correctional Facility
Contact P: John Battle, NP/Dr. Leland Beamer
Institution: Scheduling: 541-325-5790
Phone: RN line: 541-325-5195
Medical Records: 541-325-5191
Fax: 541-325-5915

☐ Stat (Today)  ☐ Urgent (1-3 Days)  ☐ Priority (4-14 Days)  ☐ Routine (<6 Weeks)  ☐ Extended (< 12 Weeks)

**Diagnosis or Reason for Referral:**
s/p ℗ meniscus repair

**Specific Service Requested:**
PT 1X wk x4wks

**Special Equipment Needed for Transport:** ☐O2  ☐Wheelchair  ☐Stretcher  ☐Interpreter_____  ☐Other _____
**Data to be sent with patient:**

☐ Lab    ☐ X-Ray    ☐ Chart Note    ☐ Dr. Orders    ☐ MAR    ☐ Other _____

**COMMUNITY PROVIDERS-Please write notes to Institution Physician on reverse side of this form**

### SPECIFIC TREATMENTS AUTHORIZED

☐ Emergency Care
☐ Consultation Only
☐ Treatment Only
☐ Consultation & Treatment
☐ Laboratory Diagnostics

☐ Radiographic Diagnostics
☐ Surgery
☐ Special Procedure_____
☐ Other _____

AUTHORIZED/COVERED SERVICES ARE MARKED ABOVE
UNAUTHORIZED TREATMENT MAY NOT BE COVERED

**Please send HCFA 1500/UB 04 Claim form for today's services to:**

Correctional Health Partners
Oregon Department of Corrections
PO Box 91870
Elk Grove Village, IL 60009-1870
Claims Phone Number: 1-866-932-7185

Thank you for your interest in our patient. If you have any concerns with this patient, please contact us.

INSURANCE BII PATIENT INFORMATION
Name: Mueller, Christopher
SID#: 22475590
DOB:
Group# ODOC

Date Form Prepared: 5/12/22

Form Prepared By: _____

PLEASE FILL OUT ALL SECTIONS OF THIS FORM COMPLETELY AND ACCURATELY

CD 491H 10/2021

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-427*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 54 of 75



**Desert Orthopedics**

PRAXIS HEALTH

| **East Bend** | **West Bend** | **Redmond** |
|---|---|---|
| 1342 NE Medical Center Dr., Suite 100 | 1140 SW Simpson Ave | 1315 NW 4th Street |
| Bend Oregon 97701 | Bend Oregon 97702 | Redmond Oregon 97756 |
| Phone: (541) 388-2333 | Phone: (541) 388-2333 | Phone: (541) 388-2333 |
| Fax: (541) 388-0930 | Fax: (541) 388-0930 | Fax: (541) 388-0930 |

**Patient:**           **CHRISTOPHER MUELLER**
**Date of Birth:**     ▉
**Age:**               **51 year**

**Visit Date:**           **10/28/2022**
**Attending Provider:**   **Jonathan B. Munns PA-C**

## Chief Complaint
The Chief Complaint is: Right knee pain follow up. Patient underwent a right knee meniscus repair on 03/02/2022 with Dr. Gingold.

## History of Present Illness
CHRISTOPHER MUELLER is a 51 year old male.
• Allergy list reviewed • Medication list reviewed

Christopher is here accompanied with his Deer Ridge companion. He underwent arthroscopy in March and reports he is still having some medial joint line discomfort and some swelling at the lateral knee near the portal. This is intermittent. He is wondering about what else to do. Has been doing self-directed exercises as well as meloxicam. He admits he is not overly satisfied with his surgery and does not feel like he is really much better.

## Past Medical/Surgical History
**Reported:**
Patient denies any past medical history.

## Surgical History
Prior surgery
3/2/22- Right knee.

Received

FEB ▉ ▉ 2023

DRCM
Health Services

## Current Medication
• **busPIRone HCl 15 MG Oral Tablet  0 days, 0 refills**
• **CVS Omeprazole 20 MG Oral Tablet Delayed Release  0 days, 0 refills**
• **CVS Vitamin D 2000 units Oral Capsule, conventional 2000 units  0 days, 0 refills**
• **hydroCHLOROthiazide Powder  0 days, 0 refills**
• **Zoloft Oral Tablet  0 days, 0 refills**

## Allergies
• **No Known Allergies**

## Review Of Systems
A 10 point review of symptoms was performed by the patient at check-in. Patient denies all symptoms except as noted above.

## Social History

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-415*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 55 of 75

Tobacco use:  No tobacco use.
Alcohol: Alcohol use  0.
Drug Use: Not using marijuana currently  and not using CBD currently.
Work: Retired from work.
Activities: Recreational activities  Walking and lifting.

## Physical Findings
- **Vitals taken 10/28/2022 11:33 am**
  **Height**                                        72 In

## Miscellaneous
This note was generated by Dragon voice recognition software. Minor inconsistencies may be present. If questions arise regarding content of this note, please contact Provider office for clarification. .

## Objective
50-year-old young man who is in no acute distress today.  A closer examination of the right knee reveals that he does have a normal gait.  He does not have an effusion today.  His incisions are well-healed and the skin is intact.  He has full extension to about 125 degrees of flexion.  He has medial and lateral joint line tenderness.  His quad today is a 4.  There is crepitance under the patella.  His thigh and calf are soft and nontender.  His calf is particularly soft and nontender.  He is stable in the coronal plane.  He is stable in the sagittal plane.  His distal motor and sensory exams are intact.

## Diagnosis
50-year-old inmate at Deer Ridge now 8 months out from arthroscopy of the right knee and partial meniscectomy.

## Assessment & Plan
I spent 15 minutes with Christopher and his security guard. Crystal complains of medial joint line pain and intermittent swelling but today, his exam is fairly benign.  We discussed once again that he had grade 4 changes to the trochlea and grade III chondromalacia to the medial compartment. The meniscus was debrided but he likely is experiencing ongoing discomfort associated with the chondral changes.  We discussed consideration of a corticosteroid injection but he is worried about the deleterious effects of the cartilage from the injection  and prefers to avoid this.  I do not think judicious use of the injections would really cause any significant problems but he would like to hold off nonetheless.  As such, I recommend continuing with strengthening regimen, low impact activities, avoidance of any exacerbating movements such as pivoting or deep squatting. Ultimately, if his symptoms worsen enough, a steroid injection will be helpful although he understands this would not be curative.  I think at some point he will likely need a knee replacement although does not seem like he will really need this quite yet and that would be overly aggressive.  I think once he is out of prison, hyaluronic acid injections should be considered given his concerns about the steroids.  Nonetheless, he will follow-up on an as-needed basis.

## Care Team
**Corrections Deer Ridge**                    **Primary Care**

## Details of Procedure
- **Quadrivalent,Fluzone Preservative Free.5  Dose #1  Status: Prev Hist  Date:**
  **09/13/2016**
- **COVID-19 Moderna  Dose #1  Status: Prev Hist  Date: 02/10/2021**
- **COVID-19 Moderna  Dose #2  Status: Prev Hist  Date: 03/10/2021**
- **Shingrix  Dose #1  Status: Prev Hist  Date: 06/23/2022**
- **Quadrivalent,Fluzone Preservative Free.5  Dose #2  Status: Prev Hist  Date:**

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*
*MUELLER-ODOC-416*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 56 of 75

 

Attachment 3
P-A-02.1

## PROVIDER'S RETURNING INFORMATION

Diagnosis and Findings:

S: Patient reports he has cracked off the exercise due to increase in pain and swelling. O: The swelling is joint effusion, and seems to go down after a few days. We reviewed the op report which identifies grade 3&4 chondromalacia on the medial condyle and patella and trochlea. We encouraged him to continue with his daily exercise as long as he didn't have a significant increase in pain. Added proprioceptive exercise as well.

**Provider's Recommendations/Orders (Do not mention any specific follow up dates or times to the adult-in-custody/patient for security reasons):**

A: Progressing in Rehm.
P: F/U in 2 weeks or as able.

Community Provider's Signature: _____ Date: 6·2-22

**PLEASE REMEMBER TO SEND/FAX A COPY OF YOUR WRITTEN REPORT TO THE REFERRING ODOC PHYSICIAN**

### POST CONSULT DOC COMMENT SECTION (Institution Use Only)

☐ Community Provider Orders Reviewed by Nursing with ODOC Provider for Urgent Needs:

☐ No Urgent Needs        ☐ Urgent Needs, Orders Transcribed

ODOC Nursing Signature: _S. Stone_ Date: 6/2/22 Time: 2100

☐ Orders Approved

☐ Orders Denied

☐ To TLC

Comments:

ODOC Provider: _____ Date: 6/21/22

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK

MUELLER-ODOC-424

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 57 of 75

 

Attachment 3
P-A-02.1

## PROVIDER'S RETURNING INFORMATION

Diagnosis and Findings:

S: Patient reports he's about the same. He hasn't been able to ride the bike because the bike on his unit is broken down and doesn't work well.
O: Reviewed his home program that he is doing daily. He will start icing 2x a day. He will also come to Medical to ride the bike 3x week for 20-30 minutes for 2 months.
A: No change.

Provider's Recommendations/Orders **(Do not mention any specific follow up dates or times to the adult-in-custody/patient for security reasons):**

P: F/U in 4 weeks - after he's been on the bike for 4 weeks.

Community Provider's Signature: _____    Date: 6-16-22

**PLEASE REMEMBER TO SEND/FAX A COPY OF YOUR WRITTEN REPORT TO THE REFERRING ODOC PHYSICIAN**

### POST CONSULT DOC COMMENT SECTION (Institution Use Only)

☒ Community Provider Orders Reviewed by Nursing with ODOC Provider for Urgent Needs:

☒ No Urgent Needs      ☐ Urgent Needs, Orders Transcribed

ODOC Nursing Signature: _____    Date: 6/16/22    Time: 1445

☐ Orders Approved

☐ Orders Denied

☐ To TLC

Comments:

ODOC Provider: _____    Date: 6/2/22

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-422*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 58 of 75



## NON-EMERGENCY HEALTH CARE REQUEST

Name: _Chris Mueller_    State ID#: _22475590_    Housing: _A110VB_ Date: _6/21/22_

**Medications:** □ I have not received my prescription  □ My prescription is about to expire  □ My prescription is not helping

**Vaccines:** □ Hepatitis A/B  □ Flu  □ Pneumonia  □ Shingles  □ Covid

**Tests:** □ HIV  □ Hepatitis C  □ Covid  □ STD

**Other Function:** □ BP check  □ Test result request  □ Is my appointment still scheduled?  □ Other issues/not sick: _____

**Optical:** □ Eyeglass Repair  □ Eye exam  □ Other: _____

**Dental:** □ Pain or Swelling  □ Denture Evaluation or Repair  ☒ Other _Physical Therapy_ _____

**Health Care request, issue, concern, or sickness:**

Hi, I have been scheduled to do my physical therapy on the bike @ medical at 1:30pm M,W,F, This does not work because by afternoon my Knee is too sore and needs to be iced & rested. The therapist and I discussed PT on the bike in the early morning 7am to 7:30AM ish when my Knee is rested and pain is lowest. I told the nurse this on both Friday 6/17/22 and Monday 6/20/22 however I am still scheduled tomorrow at 1:30pm. I can't do the PT in the afternoon when my Knee is sorest. Plus I work in education and the walk up is long & unnecessary and intercepts my job schedule/duties. Please reschedule PT to early AM b/4 8:00AM when I have to go to work. Thank you.

**We have taken the following actions in response to your health service request:**

□ You will be scheduled to see:  □ Medical Provider  □ Nursing staff  □ Dental  □ BHS  □ Optometry

□ Your request has been forwarded to:  □ Manager  □ Support Services  □ Pharmacy  □ Other: _____

□ See attached health education handout: _____

**RECEIVED**
JUN 2 3 2022
BY: ..........................

**Additional Comments:** There is no mention of AM PT from the therapist. I can schedule you at 6AM with special needs line to get this done. You will need to be on time as Med lines start @ 6:30AM & there will not be an officer in here. Let me know if that will work.

Responders Signature: _____    Date: _6/24/22_

| Triaged | |
|---|---|
| Staff: | |
| Date: | |

CD 1738 9/2021

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-552*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 59 of 75

## NON-EMERGENCY HEALTH CARE REQUEST

Name: _Chris Mueller_     State ID#: _22475590_     Housing: _A10B_ Date: _6/27/22_

**Medications:** □ I have not received my prescription   □ My prescription is about to expire   □ My prescription is not helping

**Vaccines:** □ Hepatitis A/B   □ Flu   □ Pneumonia   □ Shingles   □ Covid

**Tests:** □ HIV   □ Hepatitis C   □ Covid   □ STD

**Other Function:** □ BP check   □ Test result request   □ Is my appointment still scheduled?  ☒ Other issues/not sick: _Dr. exam on knee_

**Optical:** □ Eyeglass Repair   □ Eye exam   □ Other: _____

**Dental:** □ Pain or Swelling   □ Denture Evaluation or Repair   □ Other _____

**Health Care request, issue, concern, or sickness:**

_May I please see Dr. Beamer or NP Battle ASAP The Knee I recently had surgery on needs to be examined. Thank you._

RECEIVED
JUN 29 2022
BY: _____

**We have taken the following actions in response to your health service request:**

☒ You will be scheduled to see:  □ Medical Provider  ☒ Nursing staff  □ Dental  □ BHS  □ Optometry

□ Your request has been forwarded to:  □ Manager  □ Support Services  □ Pharmacy  □ Other: _____

□ See attached health education handout: _____

**Additional Comments:** _____

Responders Signature: _____     Date: _6/29/22_

Triaged

Staff: _____

Date: _____

CD 1738 9/2021

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK

MUELLER-ODOC-548

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 60 of 75

## NON-EMERGENCY HEALTH CARE REQUEST

Name: _Chris Mueller_  State ID#: _22475590_  Housing: _A110B_ Date: _6/27/22_

**Medications:** □ I have not received my prescription  □ My prescription is about to expire  □ My prescription is not helping

**Vaccines:** □ Hepatitis A/B  □ Flu  □ Pneumonia  □ Shingles  □ Covid

**Tests:** □ HIV  □ Hepatitis C  □ Covid  □ STD

**Other Function:** □ BP check  □ Test result request  □ Is my appointment still scheduled? ☒ Other issues/not sick: _Right Knee_

**Optical:** □ Eyeglass Repair  □ Eye exam  □ Other: _____

**Dental:** □ Pain or Swelling  □ Denture Evaluation or Repair  □ Other_____

Health Care request, issue, concern, or sickness:
_Hi There,  (Physical Therapist)_
_Am I cleared (my right Knee) to go up and down stairs?_
_If yes, will you please remove the stairs restriction on my file/prison record._

_Please Keep my bunk status as a lower bunk mandatory as there's no way I can do ladders again due to the previous accident on the ladder. Thank you._

**We have taken the following actions in response to your health service request:**

□ You will be scheduled to see:  □ Medical Provider  □ Nursing staff  □ Dental  □ BHS  □ Optometry

□ Your request has been forwarded to: □ Manager  □ Support Services  □ Pharmacy  □ Other:____

□ See attached health education handout: _____

RECEIVED
JUN 29 2022
BY: ..................

**Additional Comments:**
_You can discuss with NP Battle at your upcoming appt._

Responders Signature:_____  Date: _6/29/22_

| Triaged | |
|---|---|
| Staff: | |
| Date: | |

CD 1738 9/2021

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-546*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 61 of 75



Oregon Department of Corrections

## Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 6/18/22 | 13³⁰ | RN | AIC used stationary bike x 30" ———— V.d., RN |
| 6/20/22 | 0105 | Lab | Lab draw Chem, CBC, Lipid 1st Attempt. ——— Sauer |
| 6/20/22 | 1330 | NW3 | Pt cx'd appt. ————— |
| 6/23/23 | 1500 | Vacc | AIC received Shingles Vaccination to (L) Deltoid, tolerated well. Shingles handout given to AIC. Consent signed. ——— L. Itten |
| 6/24/24 | 1330 | Nurse | AIC reports that exercise bike on housing unit is repaired and prefers to perform PT on unit instead of coming to medical 3 x week. States will do PT daily on unit. ——— L. Itten |
| 6/27/22 | 0620 | Lab | CMP redrawn from (R) wrist 5 prob. ——— |
| 6/30/22 | 14⁰⁰ | RN | AIC has questions about Ambulatory status post Recent knee surgery. He will see PT tomorrow AND will see NP Battle on 7/13/22; "Can I walk up and down stairs now?" ——— V.d., RN |
| 7/?/22 | 1145 | Lab | Stool cup dispensed ——— |
| 7/22/22 | 1400 | lab | Pt returned stool cup. ——— |

Allergy _Keflat_

Mueller, Christopher
22475590

CD 495H (12-07)

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK

MUELLER-ODOC-303

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 62 of 75

 

Attachment 3
P-A-02.1

## PROVIDER'S RETURNING INFORMATION

Diagnosis and Findings:

S: Patient reports the bike is fixed and he is able to ride again. He feels like he is improving.
O: Patient educated on managing his pain. He is doing his home program. Pain decreasing.
A: Progressing well finally.
P: Patient has learned to manage his knee's, as to what he can and can't do. No further visits at this time.

Provider's Recommendations / Orders (**Do not mention any specific follow up dates or times to the inmate/patients for security reasons**):

P: Also, he is able to go up and down stairs.

Community Provider's Signature: _____ Date: 7-1-22

**PLEASE REMEMBER TO SEND/FAX A COPY OF YOUR WRITTEN REPORT TO THE REFERRING ODOC PHYSICIAN**

## POST CONSULT DOC COMMENT SECTION (Institution Use Only)

O  Community Provider Orders Reviewed by Nursing with ODOC Provider for Urgent Needs:
     ☒ No Urgent Needs          ☐ Urgent Needs, Orders Transcribed

ODOC Nursing Signature: _____ RN          Date: 7/1/22     Time: 2030

O  Orders Approved

O  Orders Denied

O  To TLC

Comments:

ODOC Provider: _____          Date: 7/6/22

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK

MUELLER-ODOC-420

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 63 of 75

**NON-EMERGENCY HEALTH CARE REQUEST**

Name: _Chris Mueller_     State ID#: _22475590_     Housing: _A227B_ Date: _10/3/22_

**Medications:** □ I have not received my prescription  □ My prescription is about to expire  □ My prescription is not helping

**Vaccines:** □ Hepatitis A/B   □ Flu   □ Pneumonia   □ Shingles   □ Covid

**Tests:** □ HIV   □ Hepatitis C   □ Covid   □ STD

**Other Function:** □ BP check  □ Test result request  □ Is my appointment still scheduled?  ☒ Other issues/not sick: _post surgery knee pain_

**Optical:** □ Eyeglass Repair  □ Eye exam  □ Other: _____

**Dental:** □ Pain or Swelling  □ Denture Evaluation or Repair  □ Other_____

**Health Care request, issue, concern, or sickness:**

_Hello, it's been 6 mo. since the surgery on my right knee. I'm experiencing a great deal of pain in the knee and the fluid collection has gotten substantial. The meloxicam is ineffective for the pain. The knee is now "popping" when I walk and the back behind me knee feels like it's been hyper extended/pulled. Will you please schedule me to see the surgeon ASAP. Thank you,_

<u>**We have taken the following actions in response to your health service request:**</u>

□ You will be scheduled to see:  □ Medical Provider  □ Nursing staff  □ Dental  □ BHS  □ Optometry

□ Your request has been forwarded to: □ Manager  □ Support Services  □ Pharmacy  □ Other:_____

□ See attached health education handout: _____

**Additional Comments:**    signed up for sick call

Responders Signature: _____     Date: _10/4/22_

Received
OCT 04 2022
ORCM
Health Services

Triaged

Staff: _____

Date: _____

CD 1738 9/2021

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-539*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 64 of 75



Oregon Department of Corrections
## Progress Notes

| DATE | TIME | PROB.# | |
|---|---|---|---|
| 7/25/22 | 1400 | vacc | Covid moderna vaccine given @ deltoid. pc complications |
| 8/29/22 | 0800 | sc | S) % ↓ abd pain/constipation < 6d. O) 146/97-78-14-98'-98% or rm. It w NAD. Reports of Bm x6d. A) alt w elimination R/t constipation. P) mom per protocol. ↑ fluids ↑ fiber ↑ activity. RTC PRN |
| 10-5-22 | B15 | SIC | S) Pt. reports chronic R knee discomfort post surgery in march 2020 @ BP 128/79, HR 95, O2Sat PA, T-97.8. Pain 0/10 on numeric pain scale at rest. ↑ pain 6/10 sharp shooting pain with walking at times. No discoloration. Slight edema to front of knee cap 3cm warm and soft. Good R.O.M. A) Alt in comfort. P) re-educated to rest, elevate, ice PRN. Use tylenol/ ibuprophen as comfort PRN. F/u scheduled with provider. Multiple encouragement handout printed on chronic knee pain. Pt. ambulates well to and from medical. No altered gait. C.R. for removal of 2nd pillow. Pt. verbalizes understanding and to RTC PRN. |
| 10/6/22 | 1745 | NP | S: R knee pain 7 months post op meniscus repair. last saw surgeon in May. Having ↑ swelling, pain, popping, rides bike for therapy. Walks some. Limited standing. O: 136/84 172 97² R knee ⊕ effusion, fluid lateral knee. |

Mueller, Christopher
22475590

Allergy _NKDA_

CD 495H (12-07)

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK

MUELLER-ODOC-302

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 65 of 75



## NON-EMERGENCY HEALTH CARE REQUEST

Name: Chris Mueller    State ID#: 22475590    Housing: A227B    Date: 10/25/22

**Medications:** ☐ I have not received my prescription  ☐ My prescription is about to expire  ☐ My prescription is not helping

**Vaccines:** ☐ Hepatitis A/B  ☐ Flu  ☐ Pneumonia  ☐ Shingles  ☐ Covid

**Tests:** ☐ HIV  ☐ Hepatitis C  ☐ Covid  ☐ STD

**Other Function:** ☐ BP check  ☐ Test result request  ☐ Is my appointment still scheduled?  ☒ Other issues/not sick: _____

**Optical:** ☐ Eyeglass Repair  ☐ Eye exam  ☐ Other: _____

**Dental:** ☐ Pain or Swelling  ☐ Denture Evaluation or Repair  ☐ Other _____

**Health Care request, issue, concern, or sickness:**

NP Battle —
Last month the nurse told me authorization to have a second pillow would be updated on my 400. The previous authorization expired but I still need a second pillow to elevate the knee I had surgery on. Can I get the second pillow back now?
Also, I have a pair of sweat pants I wear when doing physical therapy on my knee (bike outside in yard). Are those still on my 400? If not can you please add them? Thank you.

## We have taken the following actions in response to your health service request:

☐ You will be scheduled to see:  ☐ Medical Provider  ☐ Nursing staff  ☐ Dental  ☐ BHS  ☐ Optometry

☐ Your request has been forwarded to:  ☐ Manager  ☐ Support Services  ☐ Pharmacy  ☐ Other: _____

☐ See attached health education handout: _____

**Additional Comments:** NP Battle will get these requests on 11/7/22.
Until then, I put the~~m~~ pillow into the DOC 400 temporarily.

Responders Signature: L ARATA    Date: 10/27/22

Triaged

Staff: _____

Date: _____

CD 1738 9/2021

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK
MUELLER-ODOC-565

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 66 of 75

**NON-EMERGENCY HEALTH CARE REQUEST**

e: _Chris Mueller_ State ID#: _22475590_ Housing: _A227B_ Date: _10/25/22_

**dications:** □ I have not received my prescription  □ My prescription is about to expire  □ My prescription is not helping

**ccines:** □ Hepatitis A/B  □ Flu  □ Pneumonia  □ Shingles  □ Covid

**sts:** □ HIV  □ Hepatitis C  □ Covid  □ STD

**her Function:** □ BP check  □ Test result request  □ Is my appointment still scheduled? ☒ Other issues/not sick: _____

**ptical:** □ Eyeglass Repair  □ Eye exam  □ Other: _____

**ental:** □ Pain or Swelling  □ Denture Evaluation or Repair  □ Other _____

**Health Care request, issue, concern, or sickness:**

NP Battle -
when you saw me a few weeks ago you had said
that I'd be going back to the surgeon to have my
post op. knee examined because its been 7 mo. since
the surgery and its still collecting fluid, swollen and
consistently painful.
May I please have this appointment ASAP - I'm
very concerned that I'm still having so many problems
with my knee. Thank you.

**We have taken the following actions in response to your health service request:**

□ You will be scheduled to see:  □ Medical Provider  □ Nursing staff  □ Dental  □ BHS  □ Optometry

□ Your request has been forwarded to: □ Manager  □ Support Services  □ Pharmacy  □ Other:_____

□ See attached health education handout: _____

**Additional Comments:**
It's happening very soon.

Responders Signature: _L A RN 10/27/22_    Date: _____

**Triaged**

Staff: _____

Date: _____

CD 1738 9/2021

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

MUELLER-ODOC-563

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 67 of 75

8-Feb-2023  00:42    Praxis Health                                        5412788375                    p.4



# Desert Orthopedics

### PRAXIS HEALTH

| | | |
|---|---|---|
| **East Bend** | **West Bend** | **Redmond** |
| 1342 NE Medical Center Dr., Suite 100 | 1140 SW Simpson Ave | 1315 NW 4ᵗʰ Street |
| Bend Oregon 97701 | Bend Oregon 97702 | Redmond Oregon 97756 |
| Phone: (541) 388-2333 | Phone: (541) 388-2333 | Phone: (541) 388-2333 |
| Fax: (541) 388-0930 | Fax: (541) 388-0930 | Fax: (541) 388-0930 |

**Patient:**            **CHRISTOPHER MUELLER**
**Date of Birth:**
**Age:**                 **51 year**

**Visit Date:**              **10/28/2022**
**Attending Provider:**    **Jonathan B. Munns PA-C**

---

## Chief Complaint
The Chief Complaint is: Right knee pain follow up. Patient underwent a right knee meniscus repair on 03/02/2022 with Dr. Gingold.

## History of Present Illness
CHRISTOPHER MUELLER is a 51 year old male.
• Allergy list reviewed • Medication list reviewed

Christopher is here accompanied with his Deer Ridge companion. He underwent arthroscopy in March and reports he is still having some medial joint line discomfort and some swelling at the lateral knee near the portal. This is intermittent. He is wondering about what else to do. Has been doing self-directed exercises as well as meloxicam. He admits he is not overly satisfied with his surgery and does not feel like he is really much better.

## Past Medical/Surgical History
**Reported:**
Patient denies any past medical history.

## Surgical History
Prior surgery
3/2/22- Right knee.

Received

FEB ? ? 2023

DRCM
Health Services

## Current Medication
• **busPIRone HCl 15 MG Oral Tablet  0 days, 0 refills**
• **CVS Omeprazole 20 MG Oral Tablet Delayed Release  0 days, 0 refills**
• **CVS Vitamin D 2000 units Oral Capsule, conventional 2000 units  0 days, 0 refills**
• **hydroCHLOROthiazide Powder  0 days, 0 refills**
• **Zoloft Oral Tablet  0 days, 0 refills**

## Allergies
• **No Known Allergies**

## Review Of Systems
A 10 point review of symptoms was performed by the patient at check-in. Patient denies all symptoms except as noted above.

## Social History

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-415*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 68 of 75

8-Feb-2023  00:42    Praxis Health                                    5412788375                      p.5

Tobacco use:  No tobacco use.
Alcohol: Alcohol use  0.
Drug Use: Not using marijuana currently  and not using CBD currently.
Work: Retired from work.
Activities: Recreational activities  Walking and lifting.

### Physical Findings
- **Vitals taken 10/28/2022 11:33 am**
  **Height**                                     72 in

### Miscellaneous
This note was generated by Dragon voice recognition software. Minor inconsistencies may be present. If questions arise regarding content of this note, please contact Provider office for clarification. .

### Objective
50-year-old young man who is in no acute distress today.  A closer examination of the right knee reveals that he does have a normal gait.  He does not have an effusion today.  His incisions are well-healed and the skin is intact.  He has full extension to about 125 degrees of flexion.  He has medial and lateral joint line tenderness.  His quad today is a 4.  There is crepitance under the patella.  His thigh and calf are soft and nontender.  His calf is particularly soft and nontender.  He is stable in the coronal plane.  He is stable in the sagittal plane.  His distal motor and sensory exams are intact.

### Diagnosis
50-year-old inmate at Deer Ridge now 8 months out from arthroscopy of the right knee and partial meniscectomy.

### Assessment & Plan
I spent 15 minutes with Christopher and his security guard. Crystal complains of medial joint line pain and intermittent swelling but today, his exam is fairly benign.  We discussed once again that he had grade 4 changes to the trochlea and grade III chondromalacia to the medial compartment. The meniscus was debrided but he likely is experiencing ongoing discomfort associated with the chondral changes.  We discussed consideration of a corticosteroid injection but he is worried about the deleterious effects of the cartilage from the injection  and prefers to avoid this.  I do not think judicious use of the injections would really cause any significant problems but he would like to hold off nonetheless.  As such, I recommend continuing with strengthening regimen, low impact activities, avoidance of any exacerbating movements such as pivoting or deep squatting. Ultimately, if his symptoms worsen enough, a steroid injection will be helpful although he understands this would not be curative.  I think at some point he will likely need a knee replacement although does not seem like he will really need this quite yet and that would be overly aggressive.  I think once he is out of prison, hyaluronic acid injections should be considered given his concerns about the steroids.  Nonetheless, he will follow-up on an as-needed basis.

### Care Team
**Corrections Deer Ridge**           **Primary Care**

### Details of Procedure
- **Quadrivalent,Fluzone Preservative Free.5  Dose #1  Status: Prev Hist  Date: 09/13/2016**
- **COVID-19 Moderna  Dose #1  Status: Prev Hist  Date: 02/10/2021**
- **COVID-19 Moderna  Dose #2  Status: Prev Hist  Date: 03/10/2021**
- **Shingrix  Dose #1  Status: Prev Hist  Date: 06/23/2022**
- **Quadrivalent,Fluzone Preservative Free.5  Dose #2  Status: Prev Hist  Date:**

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*
*MUELLER-ODOC-416*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 69 of 75

**10/13/2021**
- **COVID-19 Moderna  Dose #3  Status: Prev Hist  Date: 11/14/2021**
- **COVID-19 Moderna  Dose #4  Status: Prev Hist  Date: 07/25/2022**

**Jonathan Brad Munns PA-C**
**Electronically signed by: Brad Munns PA-C    Date: 10/28/2022 12:44**

Electronically approved by: Brad Munns PA-C    Date: 10/28/22 12:44

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-417*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 70 of 75

 

Attachment 3
P-A-02.1

## PROVIDER'S RETURNING INFORMATION

Diagnosis and Findings:

Ⓟ knee post AB PMM ē arthitis

Provider's Recommendations / Orders (**Do not mention any specific follow up dates or times to the inmate/patients for security reasons**):

- Continu strengthen exercs.
- Continu Medication than
- CBT declined Today
- flw PRN

Community Provider's Signature: _____    Date: 10/28/22

**PLEASE REMEMBER TO SEND/ FAX A COPY OF YOUR WRITTEN REPORT TO THE REFERRING ODOC PHYSICIAN**

## POST CONSULT DOC COMMENT SECTION (Institution Use Only)

○ Community Provider Orders Reviewed by Nursing with ODOC Provider for Urgent Needs:
▢ No Urgent Needs        ▢ Urgent Needs, Orders Transcribed

ODOC Nursing Signature: _____    Date: _____    Time: _____

○ Orders Approved

○ Orders Denied

○ To TLC

Comments:

ODOC Provider: _____    Date: 10/28/22

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*
*MUELLER-ODOC-418*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 71 of 75

OREGON DEPARTMENT OF CORRECTIONS
HEALTH REFERRAL OUTSIDE AGENCY

Attachment 3

10/28/22 @ 11:20

To: Desert Orthopedics
1315 NW 4th St.
Redmond, OR 97756
(541) 548-9159

W

Deer Ridge Correctional Facility
Dr. Beamer/John Battle, NP
Scheduling: 541-325-5790
RN line: 541-325-5195
Medical Records: 541-325-5191
Fax: 541-325-5915

TLC

☐ Stat (Today)   ☐ Urgent (1-3 Days)   ☐ Priority (4-14 Days)   ☐ Routine (< 6 Weeks)   ☐ Extended (< 12 Weeks)

**Diagnosis or Reason for Referral:**

Hx of meniscus repair (L) knee

883.200?

**Specific Service Requested:**

Orthopedic f/u

99214

**Special Equipment Needed for Transport:** ☐ O2  ☐ Wheelchair  ☐ Stretcher  ☐ Interpreter _____  ☐ Other _____
**Data to be sent with patient:**

☐ Lab    ☐ X-Ray    ☐ Chart Note    ☐ Dr. Orders    ☐ MAR    ☐ Other_____

**COMMUNITY PROVIDERS- Please write notes to institution Physician on reverse side of this form**

SPECIFIC TREATMENTS AUTHORIZED

☐ Emergency Care
☐ Consultation Only
☐ Treatment Only
☐ Consultation and Treatment
☐ Laboratory Diagnostics

☐ Radiographic Diagnostics
☐ Surgery
☐ Special Procedure_____
☐ Other_____

AUTHORIZED / COVERED SERVICES ARE MARKED ABOVE
UNAUTHORIZED TREATMENT MAY NOT BE COVERED

**Please send HCFA 1500/UB 04 Claim form for today's services to:**

12/15
X22/0 0B08

CHP/ODOC PO
Box 91870
Elk Grove, Il. 60009
PH: 1-866-932-7185

I~ Mueller, Christopher
N 22475590
S
D

TION

Group # ODOC

Thank you for your interest in our patient.

If you have any concerns with this patient, please contact us.

Date Form Prepared: 10/10/22

Form Prepared By: _____

**PLEASE FILL OUT ALL SECTIONS OF THIS FORM COMPLETELY AND ACCURATELY**
CD 491H 09/2017

PO 10/6

*Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK*

*MUELLER-ODOC-419*

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 72 of 75

**NON-EMERGENCY HEALTH CARE REQUEST**

Name: _Chris Mueller_  State ID#: _22475590_  Housing: _A227_ Date: _11/15/22_

**Medications:** ☐ I have not received my prescription  ☐ My prescription is about to expire  ☐ My prescription is not helping

**Vaccines:** ☐ Hepatitis A/B   ☐ Flu   ☐ Pneumonia   ☐ Shingles   ☐ Covid

**Tests:** ☐ HIV   ☐ Hepatitis C   ☐ Covid   ☐ STD

**Other Function:** ☐ BP check  ☐ Test result request  ☐ Is my appointment still scheduled? ☐ Other issues/not sick: _____

**Optical:** ☐ Eyeglass Repair  ☐ Eye exam  ☐ Other: _____

**Dental:** ☐ Pain or Swelling  ☐ Denture Evaluation or Repair  ☐ Other_____

**Health Care request, issue, concern, or sickness:**

_N.P. Battle - right after my knee surgery I was given a pair of grey sweatpants to wear during my recovery and physical therapy. I still use/wear the sweatpants when doing daily pysical therapy on the exercise bike (outside) at our unit. Our unit c.o. said the pants are not on my 400 and in order to keep them I need medical to put them on my 400 and then notify Sgt. Fergeson that I'm authorized to have them. Will you please do this for me? with the colder weather I really need them. Thank you._

**We have taken the following actions in response to your health service request:**

☐ You will be scheduled to see:  ☐ Medical Provider  ☐ Nursing staff  ☐ Dental  ☐ BHS  ☐ Optometry

☐ Your request has been forwarded to: ☐ Manager  ☐ Support Services  ☐ Pharmacy  ☐ Other:_____

☐ See attached health education handout: _____

RECEIVED
NOV 15 2022
BY: _____

**Additional Comments:**
_Your request ~~forwarded~~ was denied by NP Battle._

Responders Signature: _L.A.t, RN_    Date: _11/17/22_

| Triaged |
| --- |
| Staff: _____ |
| Date: _____ |

CD 1738 9/2021

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK
MUELLER-ODOC-536

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 73 of 75



## Oregon Department of Corrections
## Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 10/5/22 | cont | | pain on medial knee radiates to back. no crepitus no locking. no erythema A: R knee pain + swelling s/p postop x ? months. P: FU ortho |
| 10/27/22 | 1300 | Infc | Rapid PCR pre procedure completed |
| 11/15/22 | 0600 | Sch | rescheduled due to non-fasting. |
| 11/22/22 | 0630 | lab | BAC cmp, CBC, Lipid, A1c Ø complications |
| 11/30/22 | 0530 | RN | S: ongoing pain s/p meniscus repair by PA 6 months old. mild/mod edema last FU c PA told he will ultimately need total knee. Offered cortisone inj but declined because Pt is concerned about accelerating need for knee replacement. Disappointed pain is as bad or worse as before surgery P: If pain continues consider flu c surgeon |
| 4/10/23 | 0700 | lab | oxid due 4/23/22 |
| 2/8/23 | 1415 | SLC | (S) Pt. REPORTS R-KNEE PAIN ↑ W/ POSSIBLE FLUID BUILD UP. (O) BP 130/82, HR 86 O² 94% RA. PAST HX R-KNEE MENISCUS REPAIR 2022. EDEMA TO R KNEE LATERAL TO KNEE CAP. SOFT TO TOUCH POSSIBLY FLUID FILLED. NO DISCOLORATION PAIN 4/10 AT REST ↑6/10 W/ AMBULATION AND EXERCISE. (A) ALT. IN COMFORT (P) Pt. ENCOURAGED TO ELEVATE, REST, ICE USE & TAKE OTC PROPRN AT NH AS NEEDED. F/U SCHEDULED W/ PROVIDER → |

Allergy ___NKDA___

Mueller, Christopher
22475590

CD 495H (12-07)

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK

MUELLER-ODOC-301

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 74 of 75

## NON-EMERGENCY HEALTH CARE REQUEST

Name: _Chris Mueller_ State ID#: _22475590_ Housing: _A227B_ Date: _2/6/23_

**Medications:** ☐ I have not received my prescription ☐ My prescription is about to expire ☐ My prescription is not helping

**Vaccines:** ☐ Hepatitis A/B ☐ Flu ☐ Pneumonia ☐ Shingles ☐ Covid

**Tests:** ☐ HIV ☐ Hepatitis C ☐ Covid ☐ STD

**Other Function:** ☐ BP check ☐ Test result request ☐ Is my appointment still scheduled? ☑ Other issues/not sick: _his ut Knee (post op)_

**Optical:** ☐ Eyeglass Repair ☐ Eye exam ☐ Other: _____

**Dental:** ☐ Pain or Swelling ☐ Denture Evaluation or Repair ☐ Other _____

**Health Care request, issue, concern, or sickness:**

_Hello,_
_It's been approx. 10 months now since the surgery to my Right Knee. I'm still having chronic pain and swelling (liquid). Will you please set me up for an exam. Also, I'd like to discuss the info you gave me on a knee brace approved/provided by the ortho surgeon._
_Thank you._

RECEIVED

FEB 07 2023

BY: .........................

### We have taken the following actions in response to your health service request:

☐ You will be scheduled to see: ☐ Medical Provider ☑ Nursing staff ☐ Dental ☐ BHS ☐ Optometry

☐ Your request has been forwarded to: ☐ Manager ☐ Support Services ☐ Pharmacy ☐ Other: _____

☐ See attached health education handout: _____

**Additional Comments:**

_signed up for sick call_

Responders Signature: _PStaff (RN)_ Date: _2/7/23_

| Triaged | |
|---|---|
| Staff: | |
| Date: | |

CD 1738 9/2021

Christopher Mueller (22475590) v. Ackley, et al. USDC 3:22-cv-00785-MK & Christopher Mueller v. Clore, et al. USDC 3:22-cv-01315-MK

MUELLER-ODOC-530

EXHIBIT 1 TO DECLARATION OF DR WARREN ROBERTS Page 75 of 75

## CERTIFICATE OF SERVICE

I certify that on May __30__ , 2023, I served the foregoing DECLARATION OF DR.

WARREN ROBERTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY

JUDGMENT upon the parties hereto by the method indicated below, and addressed to the

following:

Christopher Charles Mueller       ___ HAND DELIVERY
SID # 22475590                    _X_ MAIL DELIVERY
Deer Ridge Correctional Institution  ___ OVERNIGHT MAIL
3920 East Ashwood Road            ___ TELECOPY (FAX)
Madras, OR 97741                  ___ E-MAIL
                                  ___ E-SERVE


_____s/ Kyleigh Gray_____
KYLEIGH GRAY #203784
Assistant Attorney General
ROBERT SULLIVAN #983539
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
kyleigh.gray@doj.state.or.us
robert.sullivan@doj.state.or.us
Of Attorneys for Defendants


Page 1 -   CERTIFICATE OF SERVICE
         KG8/ls8/ 552127073