FILED 30 MAY '23 10:59 USDC-ORE

In The United States District Court
For the District of Oregon

Christopher C. Mueller
    Plaintiff,

V.

Mach, Stout, French,
Ackley, Beamer, John
Doe, Jane Doe
    Defendants

Case No. 3:22-CV-00785-MK

Declaration Of Christopher
Mueller in Support of
Motion For Extension
of Time To Submit
Evidence and Discovery
To The Court

I, Christopher Mueller, hereby declare:

1.) I am the Plaintiff in the above
captioned case.

2.) The current deadline to submit
Evidence and Discovery to the Court
is May 29, 2023.

3.) Plaintiff requests an approximate
30-day extension of time, until
June 30, 2023 to submit evidence
and discovery to the court.

4.) Plaintiff signed a medical records
release on March 3, 2023 and DRCI/
ODOC provided Defendants with copies
of Plaintiff's medical records.

5.) Despite making repeated requests to
DRCI/ODOC for his medical records
in order to evaluate, Plaintiff has
been informed that he has been placed on

OVER→

a "waitlist of AICs waiting on records". ORCI/ODOC would not provide an estimated ETA on fulfillment of requested materials.

6.) This request is made in good faith and not for the purpose of delay.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 25, 2023.

Respectfully,

Christopher Mueller
Plaintiff

## Certificate of Service

I certify that on May 25, 2023, I served the foregoing:
- Motion For Extension Of Time To Submit Evidence and Discovery To the Court
- Declaration of Christopher Mueller In Support of Motion For Extension of Time to Submit Evidence and Discovery to the Court
- Certificate of Service

Upon the parties hereto by the method indicated below, and addressed to the following:

- Kyleigh Gray # 203784
  Assistant Attorney General
  1162 Court St. NE
  Salem, OR 97301-4096

- Via U.S. Mail Delivery


Respectfully,

Christopher Mueller
Plaintiff