**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **CHRISTOPHER CHARLES MUELLER, et al.** | **Case No.: 3:22−cv−00785−AP** |
| **Plaintiff(s),** | |
| **v.** | **ORDER CONDITIONALLY APPOINTING PRO BONO COUNSEL FOR ALL PURPOSES** |
| **DR. BEAMER, et al.** | |
| **Defendant(s).** | |

The Court, on its own motion, hereby conditionally appoints Juan C. Chavez as counsel of record for all purposes.

Within 14 days of the date of this Order, the appointed attorney/law firm must file the Pro Bono Appointment Response Form with the Court with the appropriate option checked.

If representation is denied due to a conflict of interest or other specified reason, the appointment will be terminated and the Court may appoint substitute counsel.

Contact the Pro Bono Panel Administrator to be paired with a mentor attorney, to obtain a copy of the Guide for Representing Prisoners, or for more information regarding reimbursement of out−of−pocket expenses, procedures, and forms. Additional information can also be found on the Court's website.

**DATED** this 10th day of March, 2026    /s/Amy E. Potter

Honorable Amy E. Potter
United States Magistrate Judge.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **CHRISTOPHER CHARLES MUELLER, et al.** | **Case No.: 3:22−cv−00785−AP** |
|     **Plaintiff(s),** | |
| **v.** | **PRO BONO APPOINTMENT RESPONSE FORM** |
| **DR. BEAMER, et al.** | |
|     **Defendant(s).** | |

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

_____

_____

☐ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

_____

_____

☐ I request a 14−day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.

_____

_____

    **DATED** this _____ day of _____ _____

.

_____
Signature

_____
Printed Name and Oregon State Bar No.