

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**


**GUIDE FOR REPRESENTING PRISONERS**

## OREGON DEPARTMENT OF CORRECTIONS ("ODOC")

### Prison/Prisoner Information

Prisoners who are housed in an Oregon state prison are assigned a State Offender Identification Number, or "SID."  If not located on the United States District Court, District of Oregon ("USDC-OR") docket sheet, a prisoner's SID can be found by navigating to the "Oregon Adult in Custody" section of the Oregon Department of Corrections website: https://www.oregon.gov/doc/Pages/default.aspx. (Note: ODOC uses "Adult in Custody" or "AIC" rather than inmate or prisoner).

The ODOC website lists each prisoner's current location and provides links to information about each prison facility including, but not limited to:

- Prison address (including maps and directions);
- General prison information;
- Visitor information (including hours);
- Inmate phone use information; and
- Inmate mail rules.

Contact information for scheduling legal telephone calls and visits at the various ODOC facilities can be found on the attached Corrections Contact List and on the ODOC website.

### Sending Legal Mail to ODOC Prisoners

The inspection of incoming legal mail is governed by OAR 291-131-0030.  To prevent prison officials from reading incoming legal mail, the envelope must bear the words "LEGAL MAIL" on the addressee side of the envelope, which "should be set apart from both the return address and the mailing address and should be of sufficient size to permit easy recognition by facility mailroom employees."  OAR 291-131-0030(1)(a).

If you find it necessary to obtain an inmate's medical or disciplinary file or other prison records before a defendant has made an appearance through counsel, contact the Oregon Department of Justice Civil Litigation Section by e-mail at nathan.k.riemersma@doj.state.or.us or by telephone at 503-947-4700.

## FEDERAL BUREAU OF PRISONS

### Prison Information
Federal prisoners in the District of Oregon are housed at FCI Sheridan, a federal correctional institution located in Sheridan, Oregon, approximately 90 minutes south of Portland.

Information about FCI Sheridan including, but not limited to:

- Contact Information (including inmate mail/parcel information, physical/shipping addresses, etc.);
- Admissions & Orientation Handbook;
- Commissary List;
- Legal Activities; and
- Visiting Regulations

is available on the Bureau of Prisons website at: https://www.bop.gov/locations/institutions/she/.

### Prisoner Information

Prisoners who are housed in a federal correctional institution are assigned an Inmate ID Number, which may also be referred to as a Register Number.  If not located on the USDC-OR docket sheet, a prisoner's Inmate ID or Register Number can be found using the online Federal Bureau of Prisons Inmate Locator which is located at: https://www.bop.gov/inmateloc/.

### Inmate Legal Activities/Sending Legal Mail to FCI Prisoners

Mail sent to prisoners at FCI Sheridan must bear the inmate's Register Number in the addressee section of the envelope. Please see Program Statement 1315.07 (Legal Activities, Inmate) at http://www.bop.gov/policy/progstat/1315_007.pdf for more information regarding inmate mail, attorney visits, and more.

## RESOURCES

Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, 110 Stat. 1321 ("PLRA"), requires prisoners to first exhaust their administrative remedies in the prison.

https://www.probono.net/prisoners/

Any attorney who is currently working on or is interested in taking on pro bono representation of a prisoner may join this site for free. This site has the links to John Boston's publications and a listserv of knowledgeable ACLU and other lawyers willing to provide information. John Boston's publications include: (1) "The Prisoner Litigation Reform Act," which is updated every year and covers every aspect or problem one may encounter with the PLRA, with cites to case law from every district; and (2) "Overview of Prisoner Rights," which gives a map of most of the issues concerning prison conditions.

https://www.prisonlegalnews.org/

*Prison Legal News* is a monthly newsletter available by subscription.  The listserv is free, and the website contains many other useful resources, including settlements and jury verdicts.

1. **OREGON DEPARTMENT OF CORRECTIONS FACILITIES LIST CONTACT INFORMATION FOR SCHEDULING LEGAL PHONE CALLS AND PROFESSIONAL VISITS**

   **LEGAL PHONE CALLS**

   To schedule a legal call, fill out the online ODOC Legal Call Request Form (found here: https://odoc.wufoo.com/forms/odoc-legal-call-request-form/).  Make sure to note the type of case (*e.g.*, section 1983 civil rights) and any imminent deadlines.  Be prepared to provide documentation of your appointment by the Court, the type of case involved, and any pending court deadlines.  *See* OAR 291-130-0021.

   Generally, an attorney will initiate a scheduled call by dialing the number provided at scheduling.  Make sure to confirm the institution's procedures upon scheduling the call.

2.

   **PROFESSIONAL VISITS**
   OAR 291-127-001 et seq.
   Contact information and other rules and policies related to professional visits at state correctional facilities may found online at: https://www.oregon.gov/doc/visiting/Pages/professional-visits-and-communication.aspx.

| INSTITUTION NAME | ADDRESS | CONTACT | TIPS |
|---|---|---|---|
| Coffee Creek Correctional Facility | 24499 SW Grahams Ferry Road Wilsonville, OR  97070 | Law Library 503-570-6783 | Legal call hours (M-F): 8:00-10:30 a.m. 1:30-3:30 p.m. |
| Columbia River Correctional Institution | 9111 NE Sunderland Avenue Portland, OR  97211-1708 | Law Library: 971-673-3566 If not available, call 971-673-3614 | Legal call hours (M-F): 8:00-10:30 a.m. 12:30-3:00 p.m. |
| Deer Ridge Correctional Institution | 3920 East Ashwood Road Madras, OR  97741 | 541-325-5630 | Legal call hours (M-F): 8:00-10:00 a.m. 12:00-3:00 p.m. Calls are scheduled in 30-minute |

| | | | increments and must be conclude by the ending times noted above. |
|---|---|---|---|
| Eastern Oregon Correctional Institution | 2500 Westgate Pendleton, OR  97211-1708 | 541-278-3616 | Legal call hours -(M-F): 8:00-11:00 a.m. 1:00-4:00 p.m. Space is limited |
| Mill Creek Correctional Institution | 5465 Turner Road Salem, OR  97301-9400 | Control Center 503-378-2600 | |
| Oregon State Correctional Institution | 3405 Deer Park Drive SE Salem, OR  97310-9385 | 503-373-7523 503-378-6042 | Legal call hours Phones are limited 8:00–10:00 a.m. 1:00–3:00 p.m. |
| Oregon State Penitentiary | 2605 State Street Salem, OR  97310-0505 | 503-378-4013 | |
| Powder River Correctional Facility | 3600 13th Street Baker City, OR  97814-1346 | 541-523-6680 x264 | |
| Santiam Correctional Institution | 4005 Aumsville Highway SE Salem, OR  97301-9112 | 503-378-3444 or 503-378-2774 | |
| Snake River Correctional Institution | 777 Stanton Boulevard Ontario, OR  97914-0595 | AIC Legal Services 541-881-4537 | Call hours:  M-F 7:30-9:30 a.m. or 11:30 a.m.-2:30 p.m. 24-hour notice required |
| Two Rivers Correctional Institution | 82911 Beach Access Road Umatilla, OR  97882 | 541-922-2059 541-922-2044 DLTRCIProfessionalScheduling@doc.oregon.gov | Professional Calls and Visits are scheduled: Monday – Friday (excluding Holidays and Special Events) Morning 8:00-11:00 a.m. Afternoon 1:00-4:00 p.m. No calls are scheduled between 11:00 a.m.-1:00 p.m. *When scheduling please include the duration of the call. *If a duration is not stated, the call will be scheduled for 30 minutes. *Same day appointments are not available. |

| Warner Creek Correctional Facility | **Physical address:**<br>20654 Rabbit Hill Road<br>Lakeview, OR  97630<br>**Mailing address:**<br>P. O. Box 1500<br>Lakeview, OR  97630 | 541-947-8294 | Legal Call Hours:<br>7:00 – 10:30 a.m.<br>12:30-3:00 p.m. |